UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
HENNEPIN COUNTY



22-cv-766 DSD/BRT

① ARCHBISHOP KINGPIMP SHORTYMACKNIFESENT, #206754 RELIGIOUS, LEGAL, REAL GOVERNMENT NAME, LEGALLY SPELLED IN ALL CAPITAL LETTERS; AND SOLE FOUNDER OF BOTH: 1. THE RELIGION GHULSONS? AFTER ALFRED "BIBO" GHULSON TO WHOM WAS CROWNED THE KING OF PIMPS IN 1968?! AND SOLE ARCHBISHOP

&

② THE INTERNATIONAL ALFRED BIBO GHULSON CHURCH OF MINISTRIES, INCORPORATED WHERE YOU CAN LEARN THE GAME THAT'LL LAST YOU FOR CENTURIES? IT'S COMPLICATED! I'M THE GHULSONS, SOLE HOLY SEA!
www.THEINTERNATIONALALFREDBIBOGHULSONCHURCHOFMINISTRIES.com

Vs.

CASE NO. _____
(TO BE ASSIGNED BY CLERK OF...COURT

RECEIVED BY MAIL
MAR 30 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DEMAND FOR JURY TRIAL

Yes ✓    No N/A

① TRACY BELTZ? ② DAVE SWAGGER? ③ CHAD MITSCH? ④ NANETTE LARSON? ⑤ MICHELLE SMITH? ⑥ CURTIS SHANKLIN? ⑦ DANA FEDDEMA? ⑧ BAO NGUYEN? ⑨ KATHY PRUETT? ⑩ MISSY PAQUETTE? ⑪ ARTHREA CUNNINGHAM? ⑫ JEFF HAFFELY? ⑬ TROY HODGKINS? ⑭ LUKE BELAND? ⑮ RYAN HANSON? ⑯ NOLA KAROW? ⑰ DOREN LAZICKI? ⑱ TONY HUNTER? ⑲ BARBARA MACHEN? ⑳ THE INTERNAL REVENUE SERVICE LOCATED AT 430 WABASHA STREET/AVENUE ST. PAUL, MINNESOTA? ㉑ SECRETARY OF STATE SIMON, STEVE LOCATED AT 332 MINNESOTA STREET SUITE N201 SAINT PAUL, MINNESOTA? ㉒ DR. LOBSECKI? ㉓ →

M.C.F.-FARIBAULT, PHYSICAL THERAPIST? (24) M.C.F.-FARIBAULT RN SUPERVISOR OHNSTAD? (25) THE HENNEPIN COUNTY JAIL MEDICAL STAFF? (26) THE HENNEPIN COUNTY JAIL DOWNTOWN SHERIFF DEPUTY - WHO PREFER TO UTILIZE THE PRONOUN (SHE)? (27) M.C.F.-FARIBAULT FOOD SERVICES SUPERVISOR? (28) A.W.A.-WESTPHAL? (29) A.W.O.-DOEDEN? (30) A. BOLTE? (31) WALTER OPSAL? (32) D.C.O.-BLANCHARD FOR M.C.F.-FARIBAULT? (33) DOWNTOWN T.C.F. BANK ON 8TH AND NICOLLET IN THE SKYWAY? (34) DOWNTOWN US BANK ON 8TH AND NICOLLET IN THE SKYWAY? (35) TRUSTONE FINANCIAL CREDIT UNION ON 27TH AND LYNDALE? (36) PAUL SCHNELL? (37) M.C.F.-FARIBAULT PSYCHOLOGICAL SERVICES DIRECTOR? (38) NOELLE MILLER? (39) M.C.F.-DOC -LEGAL AND POLICY DEPARTMENT? (40) M.C.F.-D.O.C.-RELIGIOUS REVIEW COMMITTEE? (41) DEFENSE COUNSEL(S) FOR DEFENDANTS? (42) C. MIDDLEBROOK? (43) THE STATE OF MINNESOTA? (44) THE MINNESOTA DEPARTMENT OF CORRECTIONS-FARIBAULT? (45) ET ALIA (NAMES I DON'T KNOW)? COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. 1983
(46) 180° HEADQUARTERS? (47) 180° HALF-WAY HOUSE? (48) WASHINGTON, DISTRICT OF COLUMBIA?

I. PREVIOUS LAWSUITS

A. HAVE BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT IN THE LAST THREE YEARS? NO

B. IF YOUR ANSWER TO (A) IS "YES," DESCRIBE EACH LAWSUIT IN THE SPACE BELOW

1. PARTIES TO THE PREVIOUS LAWSUIT: N/A

    PLAINTIFF: N/A

    DEFENDANTS: N/A

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT. IF STATE COURT, NAME THE STATE AND COUNTY.): N/A

3. CASE NUMBER: N/A

4. NAME OF JUDGE ASSIGNED TO THE CASE: N/A

5. CAUSE OF ACTION (CITE THE STATUTE UNDER WHICH YOU FILED AND WRITE A BRIEF STATEMENT OF THE CASE): N/A

6. DISPOSITION OR FINAL DETERMINATION OF THE CASE (FOR EXAMPLE, DISMISSED OR APPEALED). N/A

7. APPROXIMATE DATE OF FILING THE LAWSUIT: N/A

8. APPROXIMATE DATE OF DISPOSITION OR FINAL DETERMINATION OF THE LAWSUIT: N/A

***ATTACH A COPY OF THE DISPOSITION OR FINAL DETERMINATION OF THE LAWSUIT IF IT WAS FILED IN A COURT OTHER THAN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MINNESOTA.*** N/A

IF THERE WAS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON A SEPARATE SHEET OF PAPER ANSWERING THE SAME QUESTIONS IN THE SAME ORDER AS ABOVE IN QUESTION (1B). LABEL THIS INFORMATION AS QUESTION 1(B).
CHECK HERE IF ADDITIONAL SHEETS OF PAPER ARE ATTACHED. N/A

II. PRESENT PLACE OF CONFINEMENT: M.C.F.-FARIBAULT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THE INSTITUTION? YES
B.
DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE

2

PRISONER GRIEVANCE? Yes ✓

C. IF YOU ANSWERED "YES" TO QUESTION II.B.:
1. WHAT STEPS DID YOU TAKE: EXHAUSTED THE INTERNAL CHAIN OF COMMAND

2. WHAT WAS THE RESULT? THEY REFUSED TO ACKNOWLEDGE MY SINCERE RELIGIOUS BELIEF IN MY SCHEME OF THINGS.

\*\*\* ATTACH A COPY OF THE DECISION OR DISPOSITION RECEIVED FROM THE PRISONER GRIEVANCE PROCEDURE. \*\*\* ONE DAY PRIOR TO ME FILING MY LAWSUIT, STAFF REMOVED ME FROM MY CELL AND TOOK (ALL) MY LEGAL WORK, AFTER I WROTE LETTERS TO EVERYBODY NOTIFYING THEM OF MY DESIRE TO FILE A LAWSUIT.

D. IF YOU ANSWERED "NO" TO QUESTION II.B., EXPLAIN WHY YOU DID NOT PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN A PRISONER GRIEVANCE PROCEDURE. N/A

III. PARTIES

LIST YOUR NAME, PRISONER NUMBER, ADDRESS AND TELEPHONE NUMBER. DO THE SAME FOR ANY ADDITIONAL PLAINTIFFS. ATTACH AN ADDITIONAL SHEET OF PAPER, IF NECESSARY.

A. NAME OF PLAINTIFF: ARCHBISHOP KACAMP SHORTMACKNEESENT
PRISON NUMBER: 206754
ADDRESS: 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021

A. NAME OF PLAINTIFF: THE INTERNATIONAL ALFRED BALBO GHUSON CHURCH OF MINISTRIES, INCORPORATED.
PRISON NUMBER: N/A.
ADDRESS: 236 CLIFTON AVENUE MINNEAPOLIS, MINNESOTA. 55403

3

PROVIDE EACH DEFENDANT'S FULL NAME, OFFICIAL POSITION, AND PLACE OF EMPLOYMENT ATTACH ADDITIONAL SHEETS OF PAPER, IF NECESSARY.

B. NAME: (1) TRACY BELTZ, WARDEN AT M.C.F.-FARIBAULT, 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (2) DAVE SWAGGER, RELIGIOUS COORDINATOR, 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (3) CHAD MITSCH, HEARING AND RELEASE UNIT HEARING OFFICER, 1450 ENERGY PARK DRIVE SAINT PAUL, MINNESOTA. 55108 (4) NANETTE LARSON, ASST. COMMISSIONER OF THE HEALTH, RECOVERY & PROGRAMS UNIT, 1450 ENERGY PARK DRIVE SAINT PAUL, MINNESOTA. 55108 (5) MICHELLE SMITH, FACILITY SAFETY & SECURITY UNIT, 1101 LINDEN LANE 1450 ENERGY PARK DRIVE SAINT PAUL, MINNESOTA. 55108 (6) CURTIS SHANKLIN, REINTERGRATION & RESTORATIVE SERVICES UNIT 1450 ENERGY PARK DRIVE SAINT PAUL, MINNESOTA. 55108 (7) DANA FEDDEMA, INTENSIVE RELEASE AGENT SUPERVISOR FOR HENNEPIN COUNTY ADDRESS'LL HAVE TO BE ADDED ON A AMENDMENT (8) BAO NGUYEN, INTENSIVE RESUPERVISED RELEASE AGENT FOR HENNEPIN COUNTY ADDRESS'LL HAVE TO BE ADDED ON MY AMENDMENT (9) KATHY PRUITT, #F300 MINNESOTA STATE PUBLIC DEFENDER, 540 FAIRVIEW AVENUE SAINT PAUL, MINNESOTA. 55104 (10) MISSY PAQUETTE, CAPTAIN AT M.C.F.-FARIBAULT, 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (11) ARTREA CUNNINGHAM, CAPTAIN AT M.C.F.-FARIBAULT, 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (12) JEFF HAFFELY, CASE WORKER AT M.C.F.-FARIBAULT, 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (13) TROY HODGKINS, SGT. 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (14) LUKE BELAND, SGT. 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (15) RYAN HANSON, LT. 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (16) NOLA KAROW, GRIEVANCE COORDINATOR FOR HEALTH SERVICES 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (17) DOREEN LAZICKI, LIBRARIAN 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (18) TONY HUNTER, SENIOR HOUSE MANAGER AT 180° DEGREES HALF-WAY HOUSE 236 CLIFTON AVENUE SOUTH MINNEAPOLIS, MINNESOTA. 55403 (19) BARBARA MACKEY, CASE MANAGER AT 180° HALF-WAY HOUSE 236 CLIFTON AVENUE SOUTH MINNEAPOLIS, MINNESOTA. 55403 (20) THE INTERNAL REVENUE SERVICE LOCATED AT 430 WABASHA STREET/AVENUE

4

21) THE SECRETARY OF STATE FOR MINNESOTA STEVE SIMON, 332 MINNESOTA STREET SUITE # N201 SAINT PAUL, MINNESOTA. 55101 22) DR. LR-BIECKI 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 23) M.C.F.- FARIBAULT PHYSICAL THERAPIST (I'LL ADD THEIR NAME WHEN I SUBMIT MY AMENDMENT ONCE THE NAME COMES OUT) 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 24) M.C.F.-FARIBAULT RN SUPERVISOR OHSTAD (AGAIN I'LL ADD THE WHOLE NAME ONCE IT'S KNOWN TO ME) 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 25) THE HENNEPIN COUNTY JAIL MEDICAL DEPARTMENT (I'LL ADD INFORMATION WHEN IT'S KNOWN TO ME ON MY AMENDMENT) 26) THE HENNEPIN COUNTY JAIL DOWNTOWN SHERIFF DEPUTY WHO UTILIZES THE PRONOUN "SHE" (I'LL ADD THE INFORMATION ONCE I KNOW IT IN MY AMENDMENT) 27) M.C.F.-FARIBAULT FOOD SERVICES SUPERVISOR (I'LL ADD IT WHEN I KNOW IT IN MY AMENDMENT) 28) A.W.A.-WESTPHAL (AMENDMENT) M.C.F-FARIBAULT 29) A.W.O.-DOEDEN (AMENDMENT) 30) OFFICER A. BOLTE, CORRECTIONAL OFFICER 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 31) WALTER OPSAL, LT. 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 32) D.C.O.-BLANCHARD (AMENDMENT) 33) DOWNTOWN MINNEAPOLIS T.C.F. BANK ON 8TH AND NICOLLET (AMENDMENT) 34) DOWNTOWN MINNEAPOLIS US BANK ON 8TH AND NICOLLET (AMENDMENT) 35) TRUESTONE FINANCIAL CREDIT UNION ON 27TH AND LYNDALE (AMENDMENT) 36) PAUL SCHNELL, COMMISSIONER OF THE M.C.F.-D.O.C.'S COLLECTIVELY 1450 ENERGY PARK DRIVE SUITE # 200 SAINT PAUL, MINNESOTA. 55108 37) M.C.F.-FARIBAULT PSYCHOLOGICAL SERVICES DIRECTOR, (AMENDMENT) 38) NOELLE MILLER, APPEAL AUTHORITY 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 39) M.C.F.-D.O.C.- LEGAL AND POLICY DEPARTMENT (AMENDMENT) 40) M.C.F. D.O.C.-RELIGIOUS REVIEW COMMITTEE, OFFICIAL POSITION ALREADY STATED, ADDRESS (WILL ALL HAVE TO BE ADDED IN MY AMENDMENT) 41. DEFENSE COUNSEL(S) FOR THE DEFENDANTS (WILL HAVE TO BE ADDED IN MY AMENDMENT) 42) C. MIDDLE-BROOK, CHIEF PUBLIC DEFENDER 540 FAIRVIEW AVENUE SUITE 300 SAINT PAUL, MINNESOTA. 55104 43) THE STATE OF MINNESOTA, MINNESOTA STATE, I DON'T KNOW THE ADDRESS FOR THE STATE OF MINNESOTA (AMENDMENT) 44) THE MINNESOTA DEPARTMENT OF CORRECTIONS-FARIBAULT, CORRECTIONAL FACILITY 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 45) ET ALIA (NAMES

5

I DON'T KNOW), CORRECTIONAL OFFICERS 1101 LINDEN LANE FARIBAULT, MINNESOTA. 55021 (46) 180° HEADQUATERS, MOTHER COMPANY TO 180 ½ -WAY HOUSE, 1301 E. 7TH STREET (I'LL ADD THE ZIPCODE UPON AMENDMENT) (47) 180° HALF-WAY HOUSE, HALF-WAY HOUSE 236 CLIFTON AVENUE MINNEAPOLIS, MINNESOTA. 55403

ADDITIONAL DEFENDANTS: N/A

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. CHECK HERE IF ADDITIONAL SHEETS OF PAPER ARE ATTACHED: ☐ PLEASE LABEL THE ATTACHED SHEETS OF PAPER AS II.A. FOR PLAINTIFFS AND II.B. FOR DEFENDANTS.

IV. STATEMENT OF THE CLAIM

DESCRIBE IN THE SPACE ~~BELOW~~ PROVIDED BELOW THE BASIC FACTS OF YOUR CLAIM. DESCRIBE HOW EACH INDIVIDUAL DEFENDANT IS PERSONALLY INVOLVED, INCLUDING DATES, PLACES AND SPECIFIC WRONGFUL ACTS OR OMISSIONS BY EACH DEFENDANT. EACH FACTUAL ALLEGATION SHOULD BE PROVIDED IN SEPARATELY LETTERED PARAGRAPHS, BEGINNING WITH LETTER A. DO NOT MAKE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

*PLEASE NOTE (NOTA BENE) THAT MY STATEMENT OF THE CLAIM WILL BE INDICATED FROM AND BY PAGE ONE NUMERICALLY)

①SHE'S THE LAST PERSON IN REGARDS TO MAKING A DECISION PERTAINING TO RELIGIOUS RECOGNITION AND SHE REJECTED, MY SINCERE RELIGIOUS REQUEST FOR RECOGNITION OF MY RELIGION, GHOLSONS, AFTER ALFRED "BILBO" GHOLSON TO WHOM WAS CROWNED THE KING OF PIMPS IN 1968! SHE ALSO REFUSED TO ACKNOWLEDGE THE FACT THAT FOOD SERVICES SUPERVISOR WAS RUNNING DRAG(B.S.). COMPENSATORY DAMAGES OF $12,500 AND PUNITIVE DAMAGES OF $23,000 ② HE ALSO REFUSED TO ACKNOWLEDGE MY SINCERE RELIGIOUS BELIEF IN MY SCHEME OF THINGS AND REJECTED, REFUSED AND REFUTED MY DEMAND FOR RECOGNITION COMPENSATORY DAMAGES OF $12,500 AND PUNITIVE DAMAGES OF $23,000 ③ CHAD

6

Mitsch, Allowed an officer (parole) agent to lie and say that I was promoting prostitution and refused to intervene, and I could've been civilly committed for the rest of my life! $250,000 for compensatory damages and $1,000,000 for punitive damages. (4) She agreed that she reviewed my H.R.U. violation record as well as listened to the recording so to allow a lie to flow through without holding her fellow employee accountable is unspeakable to me $250,000 for compensatory damages and $1,000,000 for punitive damages (5) She agreed with the decisions of her fellow employees in regards to my civil rights not being violated by sending a letter saying follow the chain of command, and same guard that lied on me did so again now I am being shipped, when I notified everybody and nobody done anything about it compensatory damages of $12,500 and punitive damages for $23,000 (6) Again I personally wrote a notarized letter explaining the obvious religious nationality and ethnic discrimination to no avail compensatory damages of $12,500 and punitive damages $23,000 (7) She signed off on a violation of promotion of prostitution that could've got me civilly committed forever $250,000 for compensatory damages and $1,000,000 for punitive damages (8) He lied/fabricated a claim that I was promoting prostitution, had this had any truth I would've been awaiting trial, which during my hearing I could've been civilly committed for absolutely nothing $250,000 for compensatory damages and $1,000,000 for punitive damages (9) Kathy Pruett, was my said counsel during which I could've been civilly committed and she said absolutely nothing to represent me $250,000 for compensatory damages and $1,000,000 for punitive damages (10) She refused to respond during my exhausting the chain of command, pertaining to Sgt. Troy Hodgkins lie'n on me $12,500 for compensatory damages and $23,000 for punitive damages (11) She responded on behalf of Messy Paquette, I wrote her and explicit account of Sgt. Troy Hodgkins behavior and she refused to send my kite back to so I could continue to follow the chain of command $12,500 for compensatory damages and $23,000 for punitive damages (12) He intentionally held on to my kites so that I could continue exhausting the chain of command and

PLACED ME ON KITE MANAGEMENT/RESTRICTION, WHICH NOBODY GOT MY KITES BECAUSE THEY ALL WENT STRAIGHT TO HIM, $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (13) HE LIED ON ME IN REGARDS TO WHAT I SAID AND BECAUSE HE'S A SGT. THAT MEANS ATLEAST 20 YEARS EVERYBODY ELSE FOLLOWED HIS PATH $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (14) I EXPLAINED TO HIM IN GREAT DEAL 'BOUT SGT. TROY HODGKINS LIE'N' ON ME BOTH TIMES AND HE FAILED/REFUSED TO DO ANYTHING ABOUT IT $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (15) HE'S THE LT. OF SEGREGATION I TOLD HIM THAT I DIDN'T WANT TO GET INTO ANY ALTERCATIONS AND HIS EXACT WORDS WERE "JUST DON'T FUCK'EM UP TO BAD" WHICH IS IN DIRECT VIOLATION OF MY RELIGION, BECAUSE GRANDMASTER Y.PMAN SAID AVOID PHYSICAL SITUATIONS AT ALL COST $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (16) SHE STROVE TO UNDERMIND MY MEDICAL NEEDS AT THE HIGHEST LEVELS, REFUSED ME TO HAVE A CANE IN SEGREGATION HOWEVER, A NATIVE DUDE HAD A CANE IN CELL 105 $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (17) SHE INTENTUAL INTERFERRED WITH MY ACCESS TO THE COURTS, BY SUBMITTING A REQUEST TO THE STATE LAW LIBRARY, INSTEAD OF JUST SENDING ME COPIES $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (18) HE'S THE SENIOR HOUSE MANAGER AT 180° HALF-WAY HOUSE AND WHEN IT WAS BROUGHT TO HIS ATTENTION THAT I'D VIOLATED FOR PROMOTING PROSTITUTION, HE FAIL TO STAND FOR WHAT'S RIGHT. A. I'M ALSO DEMANDING THAT TONY HUNTER HOLD ALL OF MY PROPERTY, BECAUSE HAD HE NOT PLAYED COHORTS WITH BAO NGUYEN, I'D BE OUT THERE WITH ALL OF MY PROPERTY. B. I'M ALSO DEMANDING/REQUESTING THAT MY BUSINESS ADDRESS REMAIN THE SAME AS THE HALF-WAY HOUSE, AND ALL MAIL BE FORWARDED TO ME REGARDING MY NONPROFIT. I STROVE TO GET A P.O. BOX HOWEVER, MY I.D. HAD THE HALF-WAY HOUSE ADDRESS ON IT, AND THEY SAID I COULD NOT GET A P.O. BOX, BECAUSE 180° WAS DOCUMENTMENTED AS A CORRECTIONAL FACILITY... SO I'M DEMANDING/REQUESTING INJUNCTIVE RELEASE RELIEF. $12,500 FOR COMPENSATORY DAMAGES

AND $23,000 FOR PUNITIVE DAMAGES (19) I'VE REQUESTING FOR INJUNCTIVE RELIEF TO HAVE HER PRODUCE COPIES OF EVERYTHING I SENT TO HER EMAIL, TO HAVE PRINTED OUT (20) I'M DEMANDING/REQUESTING THAT THEY SUBMIT COPIES OF MY LETTERS I SENT NOTARIZED, PLEADING WITH THEM TO SEND ME INFORMATION SO, THAT I CAN STAY IN GOOD GRACES WITH THE LAW (21) I'M REQUESTING INJUNCTIVE RELIEF TO HAVE COPIES SUBMITTED TO THE COURTS IN REGARDS TO MY NONPROFIT BUSINESS (22) HE REFUSED TO ADD IN THE REPORT UPON MY VISIT WITH HIM THAT I ASKED HIM, FOR A LEG BRACE SO THAT MY LEG WOULDN'T HYPER-EXTEND $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (23) WHOM EVER THIS PERSON IS REFUSED TO GIVE ME APPROPRIATE MEDICAL TREATMENT $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (24) RN OHSTAD REFUSED TO PROVIDE ME WITH APPROPRIATE MEDICAL TREATMENT, I'M REQUESTING FOR THE HEALTH SERVICES TO PROVIDE MY GRIEVANCE, WHERE I WAS DENIED A CANE BUT A NATIVE GUY WAS ALLOWED ONE IN CELL 109 $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (25) THEY REFUSED TO PROVIDE MY MEDICATION, AND IN TURN I ADMITTED TO ALL ALLEGED CHARGES DURING MY H.R.U. HEARING: 9-10-2021 $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (26) "SHE" SHOWED AND DISPLAYED 100% DISCRIMINATION AGAINST ME SO I'M DEMANDING/REQUESTING THAT MY REPORTS I WROTE IN THE KIOSK MACHINE, BE AVAIL AVAILABLE TO THE COURTS $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (27) I'VE STROVE TO BRING TO THEIR ATTENTION THAT MORE OFTEN THAN NOT, FOOD WAS MISSING FROM THE TRAYS, SO I'M SEEKING INJUNCTIVE RELIEF FOR MY GRIEVANCE TO BE MADE AVAILABLE FOR THE COURTS $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (28) THEY DENIED MY RELIGIOUS RECOGNITION $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (29) THEY UPHELD THE WHOLE SGT. TROY HODGKINS LIE 'N' ON ME $12,500 AND $23,000 FOR COMPENSATORY DAMAGES (30) HER "HE" "HIS" VERY FIRST DAY ON THE FLOOR S/HE PREFER THE PRONOUN "HIM"

9

HOWEVER, I REQUESTED A GRIEVANCE APPEAL AND "HE" RIPPED IT IN HALF SO IT WAS NO LONGER ABLE TO BE USED, WHICH INTERFERRED WITH MY ACCESS TO THE COURTS $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (31) HE REFUSED TO SEND ME MY COUNTY PROPERTY H.R.V. REPORT ET CETERA WHICH SHOWS HE'S DIRECTLY INTERFERRING WITH MY ACCESS TO THE COURTS $12,500 FOR COMPEN-SATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (32) THEY ALSO REFUSED TO PROVIDE ME APPROPRIATE MEDICAL SERVICE $12,500 FOR COMPENS-ATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (33) THEY ALLOWED ME TO PUT MY MONEY IN THE BANK AND THEN 7 DAYS LATER BECAUSE OF MY NAME THEY CUT ME A CHECK $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (34) THEY ALSO CUT ME A CHECK BECAUSE OF MY NAME WHICH IS A BLATANT DISPLAY OF RELIGIOUS VIOLATION $12,500 FOR COMPENSA-TORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (35) SO TOO DID THEY ACCEPT MY MONEY AND THEN CUT ME A CHECK BECAUSE OF MY RELIGIOUS NAME $12,500 FOR COMPENSATORY AND $23,000 FOR PUNITIVE DAMAGES (36) HE'S THE COMMISSIONER OF M.C.F.-D.O.C. AND IS RESPONSIBLE FOR ALL ACTIVITY WITHIN THEM $12,5000 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES MY RELIGION IS MY EVERYTHING!! (37) I'M REQUESTING INJUNCTIVE RELIEF FOR THEM TO PROVIDE A COPY OF MY SAFETY ISSUE/CONCERN $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES FOR VIOLATION OF MY RELIGION, THEY SHOULD'VE NOTIFIED THE APPROPRIATE PEOPLE (38) SHE VOUCHED FOR HER FELLOW EMPLOYEES WHICH VIOLATED MY RELIGION, BECAUSE OF SGT. TROY HODGKINS LIES $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (39) FOR VIOLATION OF MY RELIGIOUS NAME AND NOT BEING ABLE TO HAVE MY NAME RECOGNIZED ON MY I.D BUT I CAN GET MAIL IN MY NAME $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (40) THIS COMMITTE REFUSED TO RECOGNIZE MY RELIGION AS WHAT IT IS A RELIGION $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAG-ES (41) WHOM EVER THE COUNSEL IS FOR SAID DEFENDANTS BECAUSE OBVIOUSLY RELIGIOUS RIGHTS "MINE" HAVE BEEN VIOLATED

10

AND SUPPORT OF SUCH AN ATROCITY IS EVIDENT $12,500 FOR COMPENSATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES (42) AS CHIEF PUBLIC DEFENDER SHE'S RESPONSIBLE FOR HER EMPLOYEES ACTIONS AND KATHY PRUETT VIOLATED MY RELIGION AND STOOD BY WHEN SHE KNEW I WOULD BE REVIEWED FOR CIVIL COMMITT COMMITMENT $250,000 FOR COMPENSATORY DAMAGES AND $1,000,000 FOR PUNITIVE DAMAGES (43) BECAUSE ALL OF THE BEFOREHAND ATRO-CITIES HAPPENED BY EMPLOYEES OF THIS STATE, SO MINNESOTA IS RESPONSIBLE RESPONSIBLE FOR THEIR THEIR CONSTITUENTS $250,000 FOR COMPENSATORY DAMAGES AND $1,000,000 FOR PUN-ITIVE DAMAGES (44) I'M HOLDING THEM RESPONSIBLE JUST AS I AM THE STATE OF MINNESOTA $250,000 FOR COMPENSATORY DAMAGES AND $1,000,000 FOR PUNITIVE DAMAGES ALL BEFOREHAND ATROCITIES TOOK PLACE HERE (45) TO ALL THE PERSONS I DON'T KNOW THEIR NAMES IN SEGREGATION THE WHOLE WINTER THE UNIT WAS COLD AS OUTSIDE BECAUSE, THEY HAD THE WINTER AIR FROM OUTSIDE BLOWING INTO THE UNIT $12,500 FOR COMPEN-SATORY DAMAGES AND $23,000 FOR PUNITIVE DAMAGES EACH (46) I'M HOLDING THEM ACCOUNTABLE FOR 180° 1/2 WAY-HOUSE BEING MICE INFESTED AND ALL OF THE UNPROFESSIONALISM WHICH VIOLATED MY RELIGION $250,000 FOR COMPENSATORY DAMAGES AND $1,000,000 FOR PUNITIVE DAMAGES (47) FOR THE 1/2-WAY HOUSE BEING ALLOWED TO BE INFESTED WITH MICE, NO COOK, AND THE GRIEVANCE PROCEDURE PROCEDURE IS STOPPED BY 1. THREAT? 2. DURESS? 3. COERCION? 4. UNDUE INFLUENCE? AND 5. REPRISALS? AND NEVER GOES BEYOND TONY HUNTER AND LIYE $250,000 FOR COMPENSATORY DAMAGES AND $1,000,000 FOR PER PUNITIVE DAMAGES (48) I'M REQUESTING INJUNCTIVE RELIEF BY BEING APPOINT-ED COUNSEL FOR THIS LAWSUIT BECAUSE IF I'M AFFORDED CONS- COUNSEL ON APPEAL SO WHY CAN'T I BE AFFORDED COUNSEL NOW, $250,000 FOR COMPENSATORY DAMAGES AND $1,000,000 FOR PUNITIVE DAMAGES BECAUSE THIS IS THE MOTHER CORPORATION, AND RESPONSIBLE FOR THE SUBSIDIARY COMPANIES/STATES

11

THE INTERNATIONAL ALFRED BILBO GHOLSON CHURCH OF MINISTRIES, INCORPORATED. WHERE YOU CAN LEARN THE GAME THAT'LL LA$T YOU FOR ¢ENTURIE$," IT$ ¢OMPLI¢ATED! WWW.THEINTERNATIONALALFREDBILBOGHOLSONCHURCHOFMINISTRIES.¢OM REQUEST FROM 1 TO 48 $25,000,000 FOR COMPENSATORY DAMAGES AND $25,000,000 FOR PC PUNETIVE DAMAGES

ATTACH ADDITIONAL SHEETS OF PAPER AS NECESSARY. CHECK HERE IF ADDITIONAL SHEETS OF PAPER ARE ATTACHED ☐ N/A PLEASE LABEL THE ATTACHED SHEETS OF PAPER TO AS ADDITIONAL FACTS AND CONTINUE TO LETTER LETTER THE PARAGRAPHS CONSECUTIVELY.

V. REQUEST FOR RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. DO NOT ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

I (WE) HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE COMPLAINT IS TRUE TO THE BEST OF MY (OUR) INFORMATION, KNOWLEDGE, AND BELIEF.

SIGNED THIS DAY OF 27TH OF 2022

SIGNATURE(S) OF PLAINTIFF(S)   KING PIMP ON BEHALF OF MYSELF
                               KING PIMP ON BEHALF OF THE INTERNATIONAL ALFRED BILBO GHOLSON CHURCH OF MINISTRIES, INCORPORATED. WHERE YOU CAN LEARN THE GAME THAT'LL LA$T YOU FOR ¢ENTURIE$," IT$ ¢OMPLI¢ATED!

NOTE: ALL PLAINTIFFS NAMED IN THE CAPTION OF THE COMPLAINT MUST BE DATED AND SIGN THE COMPLAINT AND PROVIDE HIS/HER MAILING ADDRESS AND TELEPHONE NUMBER. ATTACH ADDITIONAL SHEETS OF PAPER AS NECESSARY.

★
★ TURN PAGE OVER ★

12

21st CENTURY - UNTIL THE END OF HUMAN EXISTENCE INCLUDING MICRO-ORGANISM AND ARTIFICIAL INTELLEE INTELLIGENCE. ARCHBISHOP KINGPIMP SHIRTMACKNIFISENT, THE GHOLSONS HOLY SEA. THE INTERNATIONAL ALFRED B.B -O GHOLSON CHURCH OF MINISTRIES, INCORPORATED. WHERE YOU CAN LEARN THE GAME THAT'LL LAST YOU FOR CENTURIES,' IT'S COMPLICATED www.THEINTERNAL-ALFREDBEBOGHOLSONCHURCHOFMINISTRIES.COM COPYRIGHTED ALL 12 PAGES OF THIS DOCUMENT ℗, T.M.-S.M. © & PATENT PROTECTION UNDER COMMON LAWS!