# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Archbishop Kingpimp Shortymacknifisent, | Civ. No. 22-766 (DSD/BRT) |
| Plaintiff, | **ORDER** |
| v. | |
| Tracy Beltz et al., | |
| Defendants. | |

This case is before the Court on Plaintiff Archbishop Kingpimp Shortymacknifisent's May 31, 2022 letter requesting that the Court appoint him counsel. (Doc. No. 33.) Plaintiff states that he needs "counsel to let [him] know what to do." (*Id.* at 2.) This Court on May 6, 2022 denied Plaintiff's earlier request for counsel because it was unclear what Plaintiff would focus on in his amended complaint. (Doc. No. 24 at 6–7.) This Court also noted that Plaintiff could submit "another request for counsel if and when he submit[ed] an amended complaint limiting this action's scope." (*Id.* at 7.) Plaintiff has not yet submitted his amended complaint, which must be filed on or before July 1, 2022. Therefore, because Plaintiff has not yet submitted his amended complaint, Plaintiff's request for the appointment of counsel (Doc. No. 33) is **DENIED**.

**IT IS SO ORDERED**.

Date: June 14, 2022         *s/ Becky R. Thorson*
                            BECKY R. THORSON
                            United States Magistrate Judge