UNITED STATES DISTRICT COURT: 1 of
DISTRICT OF MINNESOTA
HENNEPIN COUNTY

COURT CASE FILE NUMB'AH 0:22-CV-00766-DSD

RECEIVED BY MAIL
SEP 02 2022
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DOC'TAH ARCHBISHOP KINGPIMP
SHORTYMACKNIFESENT,
DOC'TAH OF DIVINITY,
PLAINTIFF,

V.

JURY TRIAL DEMANDED....

MCF-STW, GUY BOSH II, CHAPLAIN MOTT, CHAPLAIN PAUL, HENDREN, WILLIAMS, QUIST, VICTOR WANGHERA, GRIEVANCE COORDINAT'AH, GRIEVANCE AUTHORITY, DEMAY, SWANSON, REID, JOHN LANDRETTE, SENIOR LIBRARIANS ON THE DOC STAFF, CPD MOE, CARLEY ANDERSON-MOE, SUE NORTON, JESSICA STEWART, MARTHA WOLTMAN, CORD, FELDAY SPETS, T. HARRINGTON, SENSETH, HAMMER, NIKKI VEE, KRUSHKE, DAVIS, CLARK, KLINE, WEINBERG, AFRICAN OFFIC'AH WHOSE FERST AND LAST NAME BEGINS WITH'AM D., R. HOLMES, DARLING, JORDAN ZEMPEL, OTOU, DR. MCCANN   DEFENDANTS,

COMPLAINT -4- VIOLATION OF CIVIL RIGHTS UNDAH 42 U.S.C. ....1983....-2- WIT!

SCANNED SEP 02 2022 U.S. DISTRICT COURT MPLS

21ST CENTURY - UNTIL THE END OF TIME AS SAID BY MY PROPHET: TUPAC AMARU SHAKUR, HUMAN EXISTENCE... BUT ISN'T LIMITED -2- THE FOLLOWING: 1. MICRO-BACTERIAL-FUNGI ORGANISMS? 2. ARTIFICIAL INTELLIGENCE? 3. ALL OTH'AH LIFE FORMS NOT COVERED BY 1 AND 2 INCLUDING ALL NON LIFE FORMS? DR. ARCHBISHOP KINGPIMP SHORTYMACKNIFESENT, DOC'TAH OF DIVINITY, SOLE FOUNDING ARCHBISHOP OF CHOLSONISM M'AH RELIGION AND THE INTERNATIONAL ALFRED BILBO CHOLSON CHURCH OF MINISTRIES, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU -4- CENTURIES, BUT IT'S COMPLICATED! PROTECTED AND COPYRIGHTED BY BOTH: 1. THE CHOLSONS HOLY SEA? - THE CHOLSONS HOLY BIBLE; THE HOLY SEA? AND 2. THE CHOLSONS CHURCH!

**PARTIES:**

1. THE PLAINTIFF, DOFT'AH ARCHBISHOP KINGPIMP SHORTYMACKNIFESENT, D.D.; 2 of DOFT'AM of DAVINITY, IS -N-CARCERATED @ THE MINNESOTA CORRECTIONAL FACILITY-$TILLWAT'AH (MCF-$TW) DURING THE EVENT$ DESCRIBED -N- THE$ ACTION... -N- WHICH ALL CLAIM$ -R- RELATED -2- THE $AME I$$UE, -N- CIDENT, OR DEFENDANT.

2. MINNE$OTA CORRECTIONAL FACILITY-$TILLWAT'AH I$ $UED -N- IT$ OFFICIAL CAPACITY LEGALLY... A$ BEING THE LEGAL -N-TITY WHO EMPLOYEED THE VARIOU$ CON$TITUENT$, -2- WHOM VIOLATED MY FEDERAL CON$TITUTIONAL RIGHT$.

3. GUY BO$CH, I$ THE WARDEN of (MCF-$TW) AND I$ $UED -N- HI$ INDIVIDUAL AND OFFICIAL CAPACITY.

4. CHAPLAIN $COTT AND CHAPLAIN PAUL I$ THE CHAPLAIN$ @ (MCF-$TW) AND BOTH -R- $UED -N- THEIR PERSONAL AND OFFICIAL CAPACITY.

5. HENNEN I$ THE 2ND PERSON ON THE CHAIN of COMMAND -Y- RELIGIOU$ PROGRAMMING AND $UED -N- HI$ INDIVIDUAL CAPACITY.

6. MARI$A WILLIAM$, I$ THE A$$I$TANT WARDEN OF ADMINI$TRATION AND I$ $UED -N- HER PERSONAL AND OFFICIAL CAPACITY.

7. QUI$T, WA$ THE CAPTAIN PRIOR -2- LEAVING THE MCF-$TILLWAT'AH BECAUSE HE CALL HI$$ELF DUCKING THI$ LAW$UIT HOWEVAH, WHEN HE VIOLATED MY FEDERAL CON$TITUTIONAL RIGHT$ HE WA$ AN EMPLOYEE @ THI$ FACILITY AND I$ BEING $UED -N- HI$ PERSONAL AND OFFICIAL CAPACITIE$.

8. VICTOR WANCHENA, WA$ THE A$$I$TANT WARDEN OF ADMINI$TRATION BEFORE LEAVING MCF-$TW BECAUSE HE -2- CALL HIM$ELF DUCKING THI$ LAW$UIT HOWEVAH, WHEN HE VIOLATED MY FEDERAL CON$TITUTIONAL 2ND CENTURY-UNTIL THE END of TIME A$ $AID BY MY PROPHET: TUPAC AMARU SHAKUR, HUMAN EXI$TENCE... INCLUDING BUT I$N'T LIMITED -2- THE FOLLOWING: 1. MICRO-BACTERIAL-FUNGI ORGANI$M$? 2. ARTIFICIAL -N-TELLIGENCE? 3. ALL OTH'AH LIFE FORM$ NOT COVERED BY 1 AND 2 INCLUDING ALL NON LIFE FORM$? DOFT'AH ARCHBISHOP KINGPIMP SHORTYMACKNIFESENT, D.D. $OLE FOUNDING ARCHB$HOP of BOTH: 1. GHOL$ONI$M A$'AH RELIGION? AND 2. THE INTERNATIONAL ALFRED BILBO GHOLSON CHURCH OF MINI$TRIE$, INCORPORATED, WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LA$T YOU -4- CENTURIE$, BUT IT'$ COMPLICATED! COPYRIGHTED PROTECTION AFFORDED -2- 1. THE GHOL$ON$ HOLY $EA?. THE GHOL$ON$ CHURCH? 3. THE HOLY $EA?

3 of  Rights was an employee @ this facility and is being sued -N- both his personal and official capacities.

9. Grievance Coordinat'ah @ Minnesota Correctional Facility-Stillwater'ah, is being sued -N- their personal and official capacities.

10. Grievance Authority, is being sued -N- their personal and official capacities per (MCF-STW).

Demay, is the Regist'ahed Nurse Sup'ahvisiah Here@ (MCF-STW) and is being sued -N- both their personal and official capacities.

11. Swanson, is -2- ah Regis'ahed Nurse Sup'ahnes'ah Here@ (MCF-STW), and is being sued -N- their personal and official capacities.

12. Reid, is the Health Services Direct'ah and is being sued -N- their personal and official capacities.

13. John Landrette, is ah Librarian Work'ah and is being sued -N- his personal and official capacities.

14. Seni'ah Librarians on the DOC staff -R- being sued -N- their personal and official capacities.

15. CPD Moe, is whatev'ah CPD stands -4- Here @ Stillwat'ah and is being sued -N- their personal and official capacities.

16. Corey Anderson-Moe, is the Case Management Work'ah they've Assigned -2- me @ (MCF-STW) and is being sued -N- their personal and official capacities.

17. Sue Norton, is the Paralegal @ (MCF-STW) and is being sued -N- her personal and official capacities.

18. Jessica Stewart, is'ah Regist'ahed Nurse Her and is being sued -N- personal and official capacity.

19. Martha Woltman, is'ah Regist'ahed Nurse Here and is being sued -N- her personal and official capacities.

20. Coran Felda, is'ah Lt. Here and is being sued -N- her personal and official capacities.

21. Spets is'ah Lt. Here and is being sued -N- their personal and official capacities.

22. T. Harrington, is'ah Due Process (Discipline) Lt. and is being sued -N- his personal and official capacities.

23. 4 of $TREN$TH, I$ THE A.W.O. @ (MNF$TW) AND'LL BE $UED -N- THEIR PER$ONAL AND OFFI$IAL $APA$ITIE$.

24. HANNI'AH (ER), I$'AM $GT. -4- THE $EGRE$ATION/DI$$I$PLINE UNIT AND I$ BEING $UED -N- HER PER$ONAL AND OFFI$IAL $APA$ITIE$.

25. NIKKI VEE, I$ THE TRAN$I$TION$ $OORDINAT'AN AND I$ BEING $UED -N- BOTH HER PER$ONAL AND OFFI$IAL $APA$ITIE$.

26. KRU$CHKE, I$'AM RE$ORD$ $UPA'VI$ION AND I$ BEING $UED -N- THEIR PER$ONAL AND OFFI$IAL $APA$ITIE$.

27. DAVE$, I$'AM OFFI$I'AH HERE @ $TILLWAT'AH AND I$ BEING $UED -N- BOTH HI$ PER$ONAL $APA$ITY AND HI$ OFFI$IAL $APA$ITY.

28. $LARK, I$'AM OFFI$I'AM HERE @ $TILLWAT'AH AND I$ BEING $UED -N- BOTH HI$ PER$ONAL AND OFFI$IAL $APA$ITIE$.

29. KLINE, I$'AM OFFI$I'AM @ $TILLWAT'AH AND I$ BEING $UED -N- HI$ PER$ONAL AND OFFI$IAL $APA$ITIE$.

30. WANBERG, I$'AM $GT. @ HERE @ $TILLWAT'AH AND I$ BEING $UED -N- HI$ PER$ONAL AND OFFI$IAL $APA$ITIE$.

31. AFRI$AN OFFI$I'AM WHO 1$T AND LA$T NAME $TART WETH'AM D. I$ BEING $UED -N- HI$ PER$ONAL AND OFFI$IAL $APA$ITIE$.

32. R. HOLME$, I$'AM OFFI$I'AM HERE -2- AND I$ BEING $UED -N- HI$ PER$ONAL AND OFFI$IAL $APA$ITIE$.

33. DR. MACANN, I$'AM P$Y$HOLO$I$AL $ERVI$E$ EMPLOYEE AND I$ BEING $UED -N- HER PER$ONAL AND OFFI$IAL $APA$ITIE$.

34. OTOO, I$'AM P$Y$HOLO$I$AL $ERVI$E$ DEPT'AM AND I$ BEING $UED -N- BOTH THEIR PER$ONAL AND OFFI$IAL $APA$ITIE$.

35. DARLING, I$'AM $APTAIN @ $TILLWAT'AH AND I$ BEING $UED -N- BOTH 21$T$ENTURY- UNTIL THE END OF TIME A$ $AID BY MY PROPHET: TUPAC AMARU $HAKUR, HUMAN EXI$TEN$E... IN$LUDING BUT I$N'T LIMITED -2- THE FOLLOW -ING: 1. MI$RO-BA$TERIAL-FUN$I ORGAN$I$M$? 2. ARTI$I$I$AL -N- TELE-$ELLE? 3. ALL OTH'AM LIFE FORM$ NOT $OVERED -N- 1 AND 2 IN$LUDING ALL NON LIFE FORM$? DEPT'AM AR$HBI$HOP KIN$PIN$ $HARTHA$KNIFE$ENT, DEPT'AM OF DIVI'NETY, $OLE FOUNDING AR$HBI$HOP OF BOTH: 1. GHOL$ULI$M A$'AM RELI$ION? AND 2. THE INTERNATIONAL ALFRED BILBO GHOL$ON $HUR$H OF MILE -TRIBE$, IN$ORPORATED. WHERE YOU $AN LEARN THE "TRUE GAME" THAT'LL LA$T YOU -4- $ENTURIE$, BUT IT'$ $OMPLI$ATED! $OPYRI$HTED -2- AND BY BOTH HOLY $EA$ AND THE GHOL$ON$ HOLY DIVINE $HUR$H... -2- WIT.

THEIR PERSONAL AND OFFICIAL CAPACITIES.                          5 of

**FACTS =**

36. ** MINNESOTA DEPARTMENT OF CORRECTIONS - STILLWATER IS THE PLACE OF BUSINESS, WHERE ALL OF THE ALLEGED ATROCITIES HAPPENED TO TOO -N- TIETY-WISE THAT'S WHY IT'S -N- MY ACTION.

37. ** GUY BOSCH, IS THE SAID WARDEN AND WHEN I REACHED OUT -2- HIM HE RESPONDED AS IF I HAVEN'T MEMORIZED THE: 1. KITE POLICY? 2. GRIEVANCE POLICY? AND 3. THE GRIEVANCE APPEAL POLICY?

38. ** CHAPLAIN SCOTT AND CHAPLAIN PAUL DENIED MY RELIGIOUS DIET OR CHAPLAIN SCOTT SIGNED OFF IT HOWEV'AH, THE LAW SAYS THAT IF A'H PERSON HAS KNOWLEDGE OF 'AH CRIME BEING COMMITTED, THEN THEIR JUST AS GUILTY OF THE PERSON WHO IS COMMITTING THE CRIME.

39. ** HENNEN, IS THE 2ND PERSON ON THE CHAIN OF COMMAND TO AGAIN HE HAS KNOWLEDGE OF MY RELIGIOUS DIET BEING REJECTED. -2- -N- CLUDE THAT WHEN I REQUESTED VIA KITE I WAS TOLD THAT THAT'S 'AH FOOD SERVICE ISSUE... THEN I WROTE 'EM AND TOLD THEM I WAS FILING 'AH LAWSUIT, THEY BOTH CAME -2- MY SANCTUARY -N- CELL # 1105 AND HAD AN, APPLICATION THAT I KNEW NOTHING ABOUT.

40. ** MARESA WILLIAMS, HAS -N- TEFERED WITH MY ACCESS -2- THE COURTS -N- MORE WAYS THAN 1, AS YOU'LL SEE PER. MY DOCUMENTS THAT -R- LABELED: * EVIDENCE. 1ST, I WROTE 'AH KITE -2- THE PERSON WHO HAS BEEN APPOINTED -2- BE MY CASEMANAG'AH, REQUESTING 'AH -N-DIGENT COPY FORM WHICH SHE SENT ME 'AH LEGAL COPIES, PER. CONDE- LONGS I FILLED IT OUT AND SENT IT -2- THE AWA, SHE THEN SENDS IT BACK -2- ME AND -N-STRUCT ME -2- FOLLOW THE APPROPRIATE CHAIN OF COMMAND. I THEN ATTACH THE LEGAL COPY DOCUMENT -2- WHAT MARESA SENT BACK -2- ME, SHE VERIFY THAT I HAVE 'AH CURRENT KITE AND SENDS IT BACK APOLOGIES. I DECIDED NOT -2- -N- CLUDE HER -N- MY LAWSUIT AND THEN SHE TAKES, MY FOLLOWING THE CHAIN OF COMMAND -4- CANTEEN AND -N-STRUCT ME -2- DO THE WRONG THING AND SEND MY CANTEEN ISSUE AND ADDRESS IT -2- DISCIPLINE, I TOLD 'AH NO, AS 'AH MATT'AH OF FACT I'M -N-CLUDING IT AS 'EVIDENCE RECEIVED STAMPED AUG. 23, 2022 ALONG WITH 'AH SHEET OF WRITING PAP'AH.

41. ** QUIST, -2- WHOM WAS 'AH CAPTAIN BEFORE HE RAN OFF THINKING THAT HE CAN DUCK MY LAWSUIT CALLED N. HAD ME ESCORTED

-2' AH Room where he made an attempt -2- place me und'ah: 1. Threat? 5 of 2. Duress? 3. Coercion? 4. Undue Influence? 5. Reprisals? 6. Obfuscation? 7. Prevarication? 8. Perpetration? And 9. of my Religion, Nationality, Heritage, and Ethnicity he was -N- violation? He said -2 me that he remembered me from before I left -N- February 2nd of 2021, and succeeded what I should do, How I should do it, and why I should. I told them both "Archbishop Kingpimp Shortymacknefsent is my government, real, legal name an I'm standing on my square at the Chosen's Holy Sea!

42. Victor Wangwena, -2- whom was 'ah awa and I repeatedly told him -2- get'ah new shou'ah chair, Because the oth'ah African that was using it was well ovah 300 pounds easy, it broke while I was using it and I hit my head and nearly broke several of my fing'ahs, so he left here along with quest und'ah the thought the he 2 can duck this suet.

43. 3⁰ Both the Grievance Coordinat'ah and the Grievance Authority have both N- tefferred with my access -2- the courts by, telling me I'm not following the appropriate procedah.

44. 3⁴. Demay/Swanson, if named on the chain of command and have been down playing my health, issues and concerns until they've seen that I was serious about filing 'ah lawsuit so now I got'ah cane, Howev'ah, the issues are -R- Nev'ah Ending.

44. 3⁸ Whom ev'ah, Reed is it's as if they have a personal issue with writhe, G(as-4- example) I strove -2- get the names and official capacities -4- 60 days, Howev'ah, Reed would N-tellept my keys 21st century- until the end of time as said by my Prophet: Tupac Amaru Shakur, Human Existence... -N- cluding but isn't limited -2- the following: 1. Macro-Bacterial fungi organism? 2. Artificial -N-tel ligence? 3. All oth'ah life forms not covered by 1 and 2 -N- cluding all non life forms? Dott'ah Archbishop Kingpimp ShortyMackNeFesent, Dott'ah of Divinety sole funding Archbishop of Both: 1. Chosen'ah as 'ah Religion? And 2. The International Alfred Balbo Gibson Church of Machsrees, -N- corporated, where you can learn the "True Game" that'll you -4- centuries, but it's complicated! on 4-10-2024 as said -N- Exodus 19:11 what'll be the 3rd day aftah my release all shall see God

7 of   WHEN I ADDRESSED THEM -2- SOMEBODY ELSE WHOM OF -N-TERFERING WITH MY ACCESS -2- THE COURTS.

45. 3X JOHN LANDRETTI AND SENI'AH LIBRARIANS ON THE DOC STAFF, THE DOCUMENT -N-WHICH HE SENT ME MARKED AS EVIDENCE'LL, CLEARLY SHOW AND DISPLAY THAT THEY -N-TEND -2- VIOLATE MY FEDERAL CONSTITUTIONAL RIGHTS.

46. 3X CDD MOE, HAS -N-TERFERRED WITH MY ACCESS -2- THE COURTS BECAUSE THEY REFUSED -2- RESPOND -2- MY REPORTING COREY ANDERSON-MOE.

47. 3X COREY ANDERSON-MOE, HAS REFUSED -2- SEVERAL OF MY KITES -N- REGARDS -2- CASE MANAGEMENT ISSUES AND CONCERNS, SHE'S FAILED/REFUSE -2- RESPOND -2- MY KITES UNLESS SHE FEELS THAT SHE SHOULD.

48. 3X SUE NORTON, IS THE PARALEGAL HERE @ STILLWAT'AH AND YOU'LL SEE FRM THE KITES/EVIDENCE THAT SHE CALLS HERSELF SLOWING UP MY PROCESS HOWEV'AH, I'M ON THE RAP GOD'S AND KING BILBO TIME, SO I'LL PAY HER ATTEMPT NO NEVAH M=ND... EVEN IF IT IS DOC POLICY -2- USE P.APPLO... AND I DO I ALSO FOLLOW MY PRECEPT AND TENET: PROMULGATE WHO "I AM!" AND MY KING.

49. 3X JESSICA STEWART, CAME -2- MY CELL -2- HAND OUT MEDICATION HOWEV'AH, N-STEAD OF DOING HER JOB SHE ASKED ME WHAT I HAD -N- MY HAND... I TOLD 'AH(ER) 'AH CIG'AH PROP AND SHE SAID OH, AND THAT LET ME KNOW THAT SHE NEV'AH CARED ABOUT WHAT I HAD -N- MY HAND, SHE JUSTI₵ WANTED -2- BRING IT -2- THE ATENTION OF THE SECURITY GUARD - DAVE... AND NOTHING ELSE I'M GON' STAND FIRM ON MY RELIGIOUS OFFICE NO MATT'AH WHAT!

50. 3X MARTHA WOLFMAN, CAME -2- MY CELL -2- GIVE OUT MEDS... HOWEV'AH, SHE DID THE SAME EXACT THING THAT JESSICA DID HOWEV'AH, SHE SPOKE ON MY RELIGIOUS GAUGE -N- MY EAR AND NOT ONLY THAT SHE MADE IT'AH POINT -2- CALL ME APOLLO, AND I TOLD 'AH (ER), THAT SHE DOESN'T HAVE T'AH ACKNOWLEDGE ME @ ALL JUST GIVE ME MY MEDS... AND SHE SEEN THAT I WAS NOT GOING -2- STOP UNTIL I GET HER NAME, AND OFFICIAL CAPACITY SHE STARTS COMING -2- MY CELL @ PILL TIME, AND JUST 'AH BAG OF APOLOGIES. BY THEN IT WAS -2- LATE!

51. 3X COREY FELDA, IS THE PERSON -2- WHOM WROTE THE VIOLATION I'M SENDING AS EVIDENCE, THERE IS NO WAY THAT ANYTHING I WROTE ON

ON ANY AND EVERYTHING THAT LEFT MY @ SANCTUARY, HAS -N- B OF NO KIND OF WAY BEEN OBNOXIOUS -N- THE LEAST AND IT'S CLEAR -2- SEE THAT I'M 'AM TARGET BECAUSE OF MY RELIGIOUS NATIONALITY, HERITAGE, AND ETHNICITY... AS AS THE GHOLSONS HOLY SEE... AND I'M SUING -4- IT! YOU KNOW THAT'S JUST 1 OF THE PROBLEMS WRONG WITH THIS WORLD, WHAT? EVERYBODY IS TRYING -2- BE SOMETHING THAT THEY'LL NEVAH BE!

52. 38 LT. SPERS, CONTINUOUSLY REFUSE -2- RESPOND -2- ON MY KITES SO WHEN THEY GET -2- THE GRIEVANCE STAGE IT'S SENT BACK -2- ME SAYING THAT I HAVEN'T FOLLOWED THE CHAIN OF COMMAND, WHEN IN FACT IT SAYS:" MINUS WEEKENDS AND HOLIDAYS 5 BUSINESS DAYS GO -2- THE NEXT PERSON.

53. # T. HARRINGTON, DOES THE SAME THING SPERS DOES HOWEV'AH I'M EXHAUSTING THE CHAIN OF COMMAND -N- THE CANTEEN DEPARTMENT BECAUSE THE -N- DECENT HYGIENE PRODUCTS A -R- 'AH WASTE DEODORANT THAT'S SUPPOSED -2- LAST 'AH WEEK (7 DAYS) IS 0.5 OUNCES, TOOTHPASTE THAT'S SUPPOSED 2 LAST 30 DAYS IS 4.6 OUNCES, THESE R R-R- THE CHEAPEST PRODUCTS KNOWN -2- THE HUMAN RACE... THEY'RE # GETTING FEDERAL FUNDS -2- WASTE THE MONEY BECAUSE THE PRODUCTS -R- WORTHLESS!

54. # ALSO STELSEM HAS NEV'AH RETURNED NONE OF MY KITES EV'AH HOWEV'AH, THEIR BEING PAID GOOD MONEY -2- DO ABSOLUTELY NOTHING!

55. # SGT. HAMMAHLER, REFUSE -2- GAVE ME THE OFFIC'AH'S NAME (AFRICAN D.D.) WHICH IS @ @ LEAST 20 YEARS OF BEING EMPLOYEED AND NOT DOING HER JOB... I TOLD 'AH (ER) I WAS SUING 'AH (ER) -4- NOT GIVING ME DUDE NAME AND SHE SAID GO AHEAD, THEN MOVE SOME WHERE ELSE BECAUSE THEY THOUGHT I WAS GON' BE GONE HOWEV'AH 4-7-2024 HASN'T 21st CENTURY - UNTIL THE END OF TIME AS SAID BY MY PROPHET: TUPAC AMARU SHAKUR, HUMAN EXISTENCE...-N-CLUDING BUT ISN'T LIMITED -2- THE FOLLOWING: 1. MICRO-BACTERIAL-FUNGI ORGANISMS? 2. ARTIFICIAL -N-TELLIGENCE? 3. ALL OTH'AH LIFE FORMS NOT COVERED BY 1 AND 2 -N-CL -UDING ALL NON-LIFE FORMS? DOCT'AH ARCHBISHOP KING PIMP SHORTY MACKNIFE - SENT, DOCT'AH OF DIVINITY. SOLE FOUNDING ARCHBISHOP OF BOTH: 1. GHOLSON ISM A' 'AH RELIGION? AND 2. THE INTERNATIONAL ALFRED BOBO GHOLSON CHURCH OF MACKSTRESS, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU -4- CENTURIES, BUT IT'S COMPLICATED! 4-10-2024 AS SAID -N- EXODUS 19:11: ON THE 3rd DAY ALL EYES SHALL SEE GOD... -2-WIT!

yet.                                                                9 of

56. Y$, Nekk= Vee, $ n-terpreted ah kete meant -4- 'ah (ue her) $up'ahne$'ah -n- fa¢t wa$ -n- dire¢t violation of my a¢¢e$$ -2- the ¢ourt$.

57. Y$, Kru$¢hke, refused -2- $end me both my $tate 2010 name ¢hange do¢ument -n- whi¢h I reque$ted and my kete -2- the admin mgr. K.Mage$tad (to), he$ nev'ah ¢ame ba¢k. So I'm damned if I do and I'm damned if I don't.

58. Y$ Dave$, is'ah an offi¢e¢'ah (african or $omething el$e) who try -2- a¢t like he$ ¢ool howev'ah, every -n-tera¢tion we have I ¢an feel he$ hatred toward$ me i.e. (that is) dropping my le¢al mail, $lamming my food $lot $hot et¢.

59. Y$ ¢lark, is'ah african and every time he ¢ome$ -2- my ¢ell -4- $upply ¢art and or -4- le¢al mail... it$ like he wants -2- leave my ¢ell be -4- I've gotten everything from $upply ¢art, I've wrote kete$ -n- ord'ah 2 exhau$t the ¢hain of ¢ommand -2- no avail!

60. Y¢ $ame thing with kline he$ refused -2- give me $upplie$, I'd a$k que$tion$ about mof-$tu he refuse$ -2- do hi$ job!

61. Y¢ Wenberg, ha$'ah rotten attitude ju$t like Troy Hodgkin$: I a$ked him what time it wa$ and he $aid 6:45 p.m. but what time i$ it -n- there? I re$ponded "it$ king bobo time in thi$ ¢ell you pu$$y a$$ muth'ah fu¢k'ah!" I a$ked him -2- get me $ome ti$$ue he nev'ah brought it -2- me.

62. Y¢ the african that $gt. Hamm'ah refused -2- give me hi$ information ¢ame -2- my ¢ell read my name open my food tray $lot gave me my food and then $lammed my food pa$$, I a$ked him -4- hi$ name, he only held it up long enough -4- me -2- $ee that hi$ 1$t and la$t name began$ with'ah D. I pre$$ed the button and the $gt. Hamm'ah $ituation happened that I $aid happened -n- her name.

63. Y¢ R. Holme$, ha$ -4- whatev'ah rea$on $ingled me out: he ignored me when he wa$ ¢olle¢ting tra$h, he told me that I wa$ 'ah pie¢e of $hit and then I a$ked him -4- hi$ name, he gave it -2- me and then $aid "you don't $¢are me" and I $aid "oh I don't wann'ah $¢are you I'm ju$t gon' $ue you."

64. Y¢ ¢aptain Darling, refuse -2- re$pond -2- my kete$... the end. $$ on p. 12 of 14
                                                                   65

CPD MOE AND COREY ANDERSON-MOE.

8. $3,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS SUE NORTON, JESSICA STEWART, AND MARTHA WOLTMAN.

9. $4,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS CORY FELDA, SPETS, T. HARRINGTON, STENSETH.

10. $3,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS HAMMER, NIKKE VEE, KRUSHKE.

11. $4,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS DAVIS, CLARK, KLINE, AND AFRODAN WITH 1ST AND LAST ENEMY STAR WILLIAM D.

12. $10,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS WINBERG, R. HOLMES, DARLING, AND JORDAN ZEMPEL.

D. AWARD PUNITIVE DAMAGES -N- THE FOLLOWING AMOUNTS -2- PLAINTIFF CASHAPP $AID/AMOUNT:

1. $500,000 EACH AGAINST DEFENDANTS MCF-STW, GUY BEACH, CHAPLAIN SCOTT, CHAPLAIN PAUL, HENNEN, MARESA WILLIAMS;

2. $500,000 AGAINST DEFENDANTS QUEST, VICTOR WANCHENA, GRIEVANCE COORDINATOR, GRIEVANCE AUTHORITY, DEMAY, SWANSON, REED. EACH

3. $250,000 EACH AGAINST DEFENDANTS JOHN LANDRETTE, SENIOR LIBRARIAN ON THE DOC STAFF, CPD MOE, COREY ANDERSON-MOE, SUE NORTON, JESSICA STEWART, MARTHA WOLTMAN, CORY FELDA, SPETS, T. HARRINGTON, STENSETH, HAMMER, NIKKE VEE, KRUSHKE, DAVIS, CLARK, KLINE.

4. $1,500,000 EACH AGAINST DEFENDANTS WINBERG, AFRODAN 21ST CENTURY- UNTIL THE END OF TIME AS SAID BY MY PROPHET: TUPAC AMARU SHAKUR, HUMAN EXISTENCE... -N-CLUDING BUT ISN'T LIMITED -2- THE FOLLOWING: 1. MACRO-BACTERIAL-ENCE ORGANISMS? 2. ARTIFICIAL -N- TELLIGENCE? 3. ALL OTH'AH LIFE FORMS NOT COVERED BY 1 AND 2 -N-CLUDING ALL NON LIFE FORMS? DOTTAH ARCHBISHOP KINGPIN SHORTYMACKNEESENT, DOTTAH OF DAVANTY. SOLE FOUNDING ARCHBISHOP OF BOTH: 1. GHOLSONISM AT'AH RELIGION? AND 2. THE INTERNATIONAL ALFRED BELBO GHOLSON CHURCH OF MINISTREET, INC -OPPERATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU -4- CENTURIES, BUT IT'S COMPLICATED! CPYRIGHTED BY: 1. THE HOLY SEA/BLACK POPE? 2. THE GHOLSONS' CHURCH? AND 3. OUR SACRED BIBLE: THE HOLY SEA.

11 of  OFFI¢IAH WHO NAME BY 1$T AND LA$T BEGIN$ WETH'AH D.,
R. HOLME$, DARLING, AND JORDAN ZEMPEL
E. GRANT $U¢H OTH'AH RELIEF A$ IT MAY APPEAR THAT
PLAINTIFF I$ -N- TETLED.

RE$PE¢TFULLY $UBMITTED,

DO¢T'AH ARCHBISHOP KINGPIMP SHORTYMACKNIFI$ENT, DO¢T'AH
OF DIVINITY

M¢F-$TILLWAT'AH
970 PI¢KETT $TREET NORTH
BAYPORT, MINNE$OTA. 55003-1490

¢ONTINUED FROM B. A$ MY -N-JUN¢TION RELIEF:
5. IMMEDIATELY GET PLAINTIFF -N- -2- $EE'AH DERMATO-
-LOGI$T -4- HI$ $EN$ITIVE $KIN AND PROVIDE PLAIN-
TIFF WITH OLAY BODY WA$H -4- WOMEN, PALM'AH$ ¢O¢O
BUTT'AH LOTION, 'AH ALL LIME GREEN FEMALE BODY $PONGE.
6. IMMEDIATELY PROVIDE PLAINTIFF WITH AN ALL BLACK
WING ¢HUN KUNGFU ROBE A$ WORN BY GRANDMA$TER
YIPMAN (IP MAN), A$ WORN BY HIM -N- THE IP MAN
MOVIE$, BE¢AU$E GRANDMA$TER YIPMAN $TYLE WING
¢HUN KUNGFU I$ THE ¢HO$ON$ FORM OF $ELF-DEFEN$E. ALL
-2- BE ~~PAYED~~ PAID -4- @ THE GOVERNMENT$ EXPEN$E... A$
HI$ RELIGIOU$ ¢LOTHING ARTI¢LE. FEMALE DEODORANT ~~I DON'T FEEL~~
ALTERNATE VER$ION OF DAMAGE$ DEMAND: ~~I NEEDED AND COLGATE TOOTH JOINT CREATE~~
F. AWARD ¢OMPEN$ATORY ~~DAMAGE$~~ DAMAGE$ ~~JOINT CREATE~~
AND $EVERALLY AGAIN$T:
I. ALL BEFOREHAND MENTIONED DEFENDANT$ -N- M¢F-$TW ADDI-
TION -2- THI$ A¢TION -4-; THE MENTAL, EMOTIONALLY, $PIRIT-
UAL, AND PHY$I¢AL PAIN AND $UFFERING I'VE UND'AH WENT
WHILE @ MINNE$OTA ~~$O~~ DEPARTMENT OF ¢ORRE¢TION$-
$TILLWAT'AH.
G. AWARD PUNITIVE DAMAGE$ AGAIN$T ALL $AID DEFENDANT$

65.h

12

ST. JORDAN ZEMPEL, HAS DONE MANY THINGS THAT'S WHY I FILED THE A of PETITION -4- VIDEO FOOTAGE, I JU$T CAME FROM REC WHERE ZEMPEL WA$ -N- THE BUBBLE AND NEARLY CLO$E THE DOOR ON ME, I $HOW'AH WITH 'AH PLA$TIC CHAIR, ONCE THE ADA CHAIR BROKE AND I -N-JURED MY$ELF, VIDEO FOOTAGE FROM MCF-FRB AND STW WILL $HOW WHAT THESE PEOPLE -R- AND HAVE ACTUALLY DONE OR NOT DONE.

RELIEF REQUE$TED;

WHEREFORE, PLAINTIFF REQUE$T$ THAT THE COURT GRANT THE FOLLOWING RELIEF:

A. I$$UE AH DECLARATORY JUDGEMENT $TATING THAT:

1. DOCT'AH ARCHBI$HOP KINGPIN $HORTYMACKNEFE$ENT I$ TAKING THE NECE$$ARY $TEP$, A$ $ET FORTH BY THE FEDERAL CON$TITUTION of THE UNITED $TATE$, -N-ORD'AH -2- GET 1$T AMENDMENT PROTECTION AND $o FAR HE$ DONE EVERYTHING HE HA$ -2- DO -N-ORD'AH 2- HAVE HI$ RELIGIOU$ NATIONALETY, HERITAGE, AND ETHNICETY E$TABLI$HED A$ $E, 4TH BY THE FOUNDING FATH'AH$ OF THE FEDERAL CON$TITUTION, BE$IDE$ THE COURT$ APPOINTING HI$ JUDICIARY $TAMP of APPROVAL, FROM THE UNITED $TATE$ COURT$... -2-N-CLUDE THAT HI$ CANE BE DOCUMENTED A$ 'AH RELIGIOU$ ITEM, HI$ CIGAH PROP AND EAR GAUGE A$ WELL AND A$ FAR A$ HI$ "GHOL$ON$ DIET" GOE$ IT'$ BEING REVIEWED... $o UNLE$$ HE BLITANTLY VIOLATE 'AH RULE, HE I$ -2- BE AFFORDED THE $AME RE$PECT -N- REGARD$ -2- HI$ RELIGIOU$ NATIONALETY, HERITAGE, AND ETHNICETY... AND WHAT HE$ BEEN REPORTING USA THI$ ACTION CON$TETUTE$ VIOLATION$ of THE LAW! B. I$$UE AN -N-JUCTION ORDERING DEFENDANT$ FROM HEALTH 21$T CENTURY -UNTIL THE END OF THE TIME A$ $AID BY MY PROPHET. TUPAC AMARU $HAKUR, HUMAN EXI$TENCE... -N-CLUDING BUT I$N'T LIMITED -2- THE FOLLOWING: 1. MICRO-BACTERIAL FUNCI ORGANI$M$? 2. ARTIFICIAL -N-TELLIGENCE? 3. ALL OTH'AH LIFE FORM$ NOT COVERED BY 1 AND 2 -N-CLUDING ALL NON LIFE FORM$? DOCT'AH ARCHBI$HOP KINGPIN $HORTYMACKNEFE$ENT, DOCT'AH of DIVINETY. $OLE FOUNDING ARCHBI$HOP of BOTH: 1. GHOL$ONI$M A$ 'AH RELIG ION? AND 2. THE INTERNATIONAL ALFRED BILBO GHUL$ON CHURCH of MINI$T, RIE$, ~~~~~~~ INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME THAT'LL LA$T YOU -4- CENTURIE$, BUT IT'$ COMPLECATED! PROTECTED AND COPYRIGHTED BY: 1. THE HOLY $EA? 2. THE GHOL$ON$ CHURCH? AND 3. THE HOLY $EA?

B.1. ESTABLISHMENT OF/FOR ORDAINING DEFENDANT MCF-STW'S CONSTITUENTS -2- SHOW ME AN SELECTION OF FEDORA CROWNS $80 MINIMUM AS MY RELIGIOUS HEAD WEAR TO SERVICES -2-;

A) 1. IMMEDIATELY ARRANGE -4- PLAINTIFF -2- GET HIS GYM SHOES SO THAT HE CAN WEAR HIS ANKLE FOOT ORTHOSES ALONG WITH THE USE OF HIS CANE;

2. IMMEDIATELY CHANGE PLAINTIFF'S NAME -2- THAT OF HIS RELIGIOUS CAPACITY, AN. DOE WEBB ON ALL DOCUMENTS AS WELL AS WITH ALL OTH'AH TRANSACTIONS;

3. IMMEDIATELY PROVIDE THE NECESSARY FUNDS -2- PURCHASE -2- RETRO 6 RELIGIOUS TEXTS AS FOLLOWS: 1. THE SWEET SCIENCE OF SIN AUTH'AHED BY: ALFRED "BILBO" GHOLSON 4TH EDITION, AND THE PIMP'S RAP BY MASTER PIMP AND PLACE THEM BOTH ON HIS RELIGIOUS BOOKS LIST, -2- BE KEPT N- HIS CELL/SANCTUARY;

4. IMMEDIATELY PLACE PLAINTIFF ON ADMINISTRATIVE SEGREGATION AND REMOVE ALL DISCIPLINE FROM HIS RECORD N- INCLUDING THE NEWEST ALLEG-ATION BY C. FELDA AND MARISA WILLIAMS, VACATED IMMEDIATELY!

C. AWARD COMPENSATORY DAMAGES -N- THE FOLLOWING AMOUNTS -2- BE PLACED ON PLAINTIFF'S CASHAPP CARD/ACCOUNT:

1. $1,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS CHAPLAIN SCOTT AND PAUL -4- REFUSAL -2- APPOINT MY GHOLSON DIET AND HAVE ME VIOLATE MY PRECEPT AND TENET BY EATING ANIMALS AND THE LIKES OF ANIMAL PRODUCTS E.G. MILK, EGGS ETC.

2. $1,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS HENNEN AND WILLIAMS -4- DENYING MY DIET AS WELL N- THE CHAIN OF COMMAND FORCING ME -2- EAT ANIMALS AND ANIMAL PRODUCTS.

3. VICTOR OR WANCHENA AND QUEST 2,000,000 JOINTLY AND SEVERALLY -4- VICTOR'S REFUSAL -2- GET 'AH CHAIR THAT WAS RIGHT AND -4- MY PHYSICAL, MENTAL AND EMOTIONAL HEARTACHE AND PAIN... AND QUEST -4- TRULY TRYING -2- FORCE ME NOT -2- PROMULGATE MY RELIGION.

4. 3,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS MCF-STW, BOTH THE GRIEVANCE COORDINATOR 'AH AND AUTHORITY -4- -N-TERFERRING WITH ACCESS -2- THE COURTS.

5. DEMAY/SWANSON AND REED $1,500,000 JOINTLY AND SEVERALLY.

6. $4,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS JOHN LANDRETTE AND SENIOR LIBRARIANS AND ON THE DOC STAFF.

7. $2,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS

$PD MOE AND COREY ANDERSON-MOE.                                    14 of

8. $6,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS SUE NORTON, JESSICA STEWART, AND MARTHA WOLTMAN.

9. $14,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS CORY FELDA, SPETS, T. HARRINGTON, AND STENBETH.

10. $100,000,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS HAMMER, NIKKI VEE, KRUSCHKE, DAVIS, CLARK, KLINE, WINBERG, AFRICAN WITH 1ST AND LAST NAME INITIALS START WITH 'AH D, R. HOLMES, DARLING, AND JORDAN ZEMPEL.

5. CONTINUATION FROM B. ISSUAH-N-JUNCTION ORDI'AHING DEFENDANTS FROM MCF-STW SEGREGATION UNIT -2- IMMEDIATELY MOVE PLAINTIFF -2- THE FLOOR WHERE THEY PROVIDE T.V.S AND APPENT PLAINTIFF AH T.V. ALONG WITH AH WALK MAN, WITH BATTERIES WHEN NEEDED, CHANGE PLAINTIFF STATUS FROM DISCIPLINE -2- ADMINISTRATION -4- RELIGIOUS PURPOSES.

6. IMMEDIATLY PROVIDE PLAINTIFF WITH OLAY BODY WASH -4- WOMEN, FEMALE DEODORANT -N- THE BLUE FROM CANTEEN, COLGATE TOOTHPASTE AND DENTAL FLOSS... Q-TIPS, AFRICAN MUSK RED AS PLAINTIFF DOESN'T KNOW IF JIMMY CHOO -4- WOMEN COMES -N- 'AH OIL FORM... ALL BEFOREHAND MENTIONED ITEMS -R- -2- BE PROVIDED AS NEEDED... @ THE STATES EXPENSE... AN ALL LIME GREEN POOFY SPONGE AS NEEDED... TOO, WASH CLOTHS AS NEEDED... PALM'AHS COCO BUTT'AH LOTION AS WELL.

21ST CENTURY - UNTIL THE END OF TIME AS SAID BY MY PROPHET: TUPAC AMARU SHAKUR, HUMAN EXISTENCE... N-CLUDING BUT IS'NT LIMITED -2- THE FOLLOWING: 1. MICRO-BACTERIAL-FUNGI ORGANISMS? 2. ARTIFICIAL N-TELLIGENCE? 3. ALL OTH'AH LIFE FORMS NOT COVERED BY 1 AND 2 N-CLUDING ALL NON LIFE FORMS? DOCT'AH ARCHBISHOP KINGPIN SHORTHACKULEFISENT, DOCT'AH of DIVINITY, SOLE FOUNDING ARCHBISHOP OF BOTH: 1. GHOSTOLATRY AH RELIGION? AND 2. THE INTERNATIONAL ALFRED BILBO CHOLSON CHURCH OF MINISTRIES, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU 4-CENTURIES, BUT IT'S COMPLICATED! REMEMB'AH: EXODUS 19:11.

D. AWARD PUNETIVE DAMAGES AGAINST ALL SAID DEFENDANTS -N- THE MN. DOC-FTW ACTION... AND IF AND WHEN THEY SHIP ME I'LL BE SENDING 'AM ACTION FROM THERE AS, WELL... 2- WIT! Dot'AH ARCHBISHOP KENDPEMP SHORTMACKNEFESENT, Dot'AH OF DIVINITY. / 8-29-2022