RECEIVED BY MAIL
OCT 17 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

22-cv-766

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# HENNEPIN COUNTY

Doct'ah.Archbishop KingPimp ShortyMackniFesent, Doct'ah of Devinety. Sole Founding Archbishop of Both: 1. Gholsonism As'ah Religious-1. Nationality? 2. Heretage? 3. Ethnicity? 4. Ideology? 5. Vernacul'ah? 6. Gend'ah? 7. Race? 8. Sexual Orientation? 9. Way of Life? & 10. Psychotherapy? AND 2. The International Alfred Belbo Gholson Church of Ministries, Incorporated, where you can learn the "True Game" that'll last you 4 centuries, But it's complicated! As'ah Religious NonProfit Corporation/Organization...2 wet!

Plaintiff,

V.                                    Complaint/Action

                            JURY TRIAL D-MANDED

State of Minnesota, African of Fet'ah,    Court Case #: Pending... 2 wet!
Corey Anderson-Moe, Guy Bosch, Darling,
Grievance Authorety, Grievance Coordinat'ah, Sgt/Lt. Hammer, Hennen,
R. Holmes, KGLNG, & John Landrette, Senzah Librarians, McCann, Otoo, CPD-
Moe, M.C.F-Stellwat'ah, Chaplin Paul, Chaplin Stott, Quest, Vict'ah
Wangkena, Maresa Williams, Winberg, Stenreth, Jordan Zempel, Susan
Norton
                                                    D-fendants,

©®, T.M. $.M., ©, Patent Protect'n & all oth'ah Forms that I've Mess'd...
21st Century-until the end of time as said by Prophet 2Pac Amaru Shakur,
Human existence...N-cluding but ain't limited 2 the follow-n: 1. Math-Bacterial-Fungal & Viral organisms? 2 Artif'ah N-telligence? 3.
All oth'ah forms that's Not dov'aned N 1 & 2 N-cluding all Non Life
forms? Doct'ah. Archbishop KingPimp ShortyMackniFesent, Doct'ah of Divinety. Sole Founding Archbishop of Both: 1. Gholsonism As'ah Religious-
1. Nationalety? 2. Heretage? 3. Ethnicity? 4. Ideology? 5. Vernacul'ah?
6. Gend'ah? 7. Race? 8. Sexual Orientation? 9. Way of Life? & 10. Psychotherapy? AND 2. The International Alfred Belbo Gholson Church
of Ministries, Incorporated. Where you can learn the "True Game" that'll Last you 4 centuries, But it's complicated!© et alia governs this
M.C.F-Stu Action N it's N-tirah'ty. I'm about 2 Change the World!

SCANNED
OCT 17 2022
U.S. DISTRICT COURT MPLS

PRELIMINARY STATEMENT... 2 WIT!
THIS IS'AH CIVIL RIGHTS ACTION FILED BY DOT'AH ARCHBISHOP KINGPIMP SHORTMACKNIFESENT, DOT'AH OF DIVINITY. SOLE FOUNDING ARCHBISHOP OF BOTH: 1. GHOLSONISM AS'AH RELIGIOUS - 1. NATIONALITY? 2. HERITAGE? 3. ETHNICITY? 4. IDEOLOGY? 5. VERNACUL'AH? 6. GEND'AH? 7. RACE? 8. SEXUAL ORIENTATION? 9. WAY OF LIFE? & 10. PSYCHOTHERAPY? AND 2. THE INTERNATIONAL ALFRED BILBO GHOLSON CHURCH OF MEINSTREET, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU 4 CENTURIES. BUT IT'S COMPLICATED. AS'AH RELIGIOUS NONPROFIT CORPORATION/ORGANIZATION... 2 WIT! AH STATE PRISON'AH, 4 DAMAGES AND N-JUNCTIVE RELIEF UND'AH 42 U.S.C. §1983 ALLEGING THAT MY 1ST AMENDMENT 2 THE FEDERAL CON STITUTION, BY NOT ALLOW-N ME 2 EXPRESS MY RELIGIOUS CAPACITY 2 THE 10TH PW'AH! 2 N-CLUDE MINNESOTA'S 2. SEC... 16. FREEDOM OF CONFERENCE, NO PREFERENCE 2 B GIVEN 2 ANY RELIGIOUS ESTABLISHMENT OR MODE OF WORSHIP.

JURISDICTION:
1. THE COURT HAS JURISDICTION OV'AH THE PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UND'AH 42 U.S.C.
2. THE COURT HAS JURISDICTION OV'AH VENUE B'CUZ THE ALLEGED FACTS TOOK PLACE WITH-N THE STATE OF MINNESOTA... 2 WIT!
* ALL MENTIONED CONSTITUTIONAL VIOLATIONS WITH-N THIS LAWSUIT/ACTION ALL TOOK PLACE BY, MINNESOTA DEPARTMENT OF CORRECTIONS - STILLWAT'AH N-PLO YEES, 2 I'LL GIVE JOB TITLES ET CETERA ET CETERA AS I GO ALONG IN MY ACTION ... 2 WIT!

PAR
PARTIES:
3. THE PLAINTIFF, DOT'AH ARCHBISHOP KINGPIMP SHORTMACKNIFESENT, DOT'AH OF DIVINITY. SOLE FOUNDING ARCHBISHOP OF BOTH: 1. GHOLSONISM AS'AH RELIGIOUS - 1. NATIONALITY? 2. HERITAGE? 3. ETHNICITY? 4. IDEOLOGY? 5. VERNACUL'AH? 6. GEND'AH? 7. RACE? 8. SEXUAL ORIENTATION? 9. WAY OF LIFE? & 10. PSYCHOTHERAPY? AND 2. THE INTERNATIONALE ALFRED BILBO GHOLSON CHURCH OF MEINSTREET, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU 4 CENTURIES, BUT IT'S COMPLICATED. AS'AH RELIGIOUS NONPROFIT CORPORATION/ ORGANIZATION... 2 WIT! IS CURRENTLY N-CARCERATED @ THE M.C.F. STILLWAT'AH ASYLUM/FACILITY. (MINNESOTA CORRECTIONAL FACILITY - STILL WAT'AH) DURING THE EVENTS DESCRIBED N THIS COMPLAINT.
4. DEFENDANT STATE OF MINNESOTA IF BY CHANCE THERE'S AH HIDDEN STATUTE,

amendment, law, case law, policy, congress N-acted et cetera et cetera that falls along the lines of the b-low stated: 1. No civil action shall b brought n any court of the state, x-cept by the attorney general on b-½ of the state, against any offic'ah or employee of the [Department of Correctional Services] n her personal capacity, 4 damages ahres-n out of any act done or the failu'ah 2 perform any act weth-n the scope of the employment and n the discharge of the duties by such offic'ah or employee. 2. Any claim 4 damages ahres-n out of any act done or the failu'ah 2 perform any act weth-n the scope of the m-ployment and n the discharge of the duties of any offic'ah or m-ployee of the [Department of Correctional Services] shall b brought and maintained n the court of claims as'ah claim against the state. 2 wet! 5. A female offic'ah who 1st and last name b-gins weth ah D, solely based on my religious capacity 2 th'ah 10th Pos'ah, he read my name and religious promulgations n my wen-douch and opened my cell 1109 food slot and slammed it closed. I then immediately went 2 the door and requested his name... he refused 2 provide his name 2 me so I pressed the button n cell 1109, Hannah answ'ahed I asked'ah 4 his n-formation and she refused 2 provide it to I asked her 4 her name. I requested 2 file'ah complaint against 'em 2 no avail. 6. Corey Henderson-Moe, as my appointed case manag'ah refused 2 provide me with the pap'ah and envelopes that I needed 4 my @C,T.A.-S.M. @ patent protection & all oth'ah forms that I've missed... 21st century-until the end of time as said by Prophet Tupac Amaru Shakur, human existence... n-cluding but isn't limited 2 the follow-n: 1. Micro-Bacterial-fungal & viral organisms? 2. Artificial N-telligence? 3. All oth'ah forms not covahed n 1 & 2 n-cluding all non-life forms? Doct'ah, Archibeshop Kingpinp Shorty mack n-fesent, Doct'ah of div-nety, sole founder, Archibishop of both: 1. Christendom as'ah religious-1. Nateonalety? 2. Heretage? 3. Ethnicity? 4. Ideology? 5. Vernacul'ah? 6. Gend'ah? 7. Race? 8. Sexual orientation? 9. Way of life? & 10. Psychotherapy? And 2. The International Alfred Balbo Ghulson Church of Monstreet, Incorporated, where you can learn the "true game" that'll last you 4 centuries, but it's complicated! Get aka protection governs this M.O.F. Few actions n its n-ter'ahty. I'm about 2 change the world!

current case 0:22-cv-00766-DSD-BRT minus the deat and doll'ah sign... she refused 2 do her job as 'ah case work'ah n its n-teg-ahty 2 wit! 2 n-clude that had an effect on my b-n able 2 send my documents 2 the courts. (7.) Guy Bosch is the said warden of this asylum/facility and every time that i've requested something, and or exhausted the chain of command n regard$ 2 an employee, he's nevah done nothing but d-fend and provide x-cuses 4 them. (8.) Darling refused 2 forward my kite 2 the appropriate party and d-partment... so many m-ployees leave that the chain of command has been updated every week. (9.) Griev-ance authority has returned my grievance bcuz somebody n the chain of command refused 2 return my kite, so i did and i do what policy states: allow 5 business days minus holidays and weekends and proceed 2 the next person n the chain of com-mand. 2 n-clude that the grievance person has the pow'ah 2 4-feit your grievance and i'm refuting that 2! (10.) Grievance coordinat'ah it's the same x-act issue as stated about the grievance authority 2 the lett'ah. (11.) Sgt/Lt. Hannah refused 2 provide me with the african offic'ah n #5 and i 4'n-formed 'ah that i was going 2 hold 'ah accountable and she replied "b my guest" n oth'ah words there's nothing going 2 happen bcuz nobody is going 2 hold 'ah accountable. (12.) Heinen was on the religious programming 2nd spot and he or she refused 2 return my kites which n-terfered with my access 2 the courts, which every constituent does and its all bcuz of my religious capacity 2 the 10th pow'ah! (13.) R. Holmes, as 'ah m-ployee didn't display professional behav'ah nor con-duct by telling me that i look like shit, and how he would physical hurt me if i was n 'ah unit. (14.) Kline, an offic'ah 2 displayed 'ah damean'ah that was 100% pure unprofessional and unethical 2wards me bcuz of my religious capacity 2 the 10th pow'ah until he found out that i'm 'ah most'ah with hold n everybody accountable 4 their actions. (15.) John Laudrette, n-terferred with me promulgating my religious capacity by send-n me 'ah note saying that all

KITE$ $UNT 2 THE LIBRARY WITH MY RELIGIOU$ $APA$ETIE$ WILL B $UNT BA$K 2 ME, $O BE$IDE$ VIOLATING MM 1$T AMENDMENT RIGHT THEN 2 WA$ HE N-TERFERRING WITH MY A$$E$$ 2 THE $OURT B$U$ ALL LAW LIBR-ARY $ERVI$E 2 PRE$ON'AM KITE$ GO THRU' THE LIBRARY. (16.) $ENI'AH LIBR-ARI$N$ I GUE$$ I $AN $AY THAT JOHN LANDRETTE $POKE'EM WHEN HE $UNT ME THAT NOTI$E I $UNT 2 THE $OURT$ A$ EVIDEN$E, $O THEY'LL GET THE $AME A$ LANDRETTE! (17.) M$$ANN AND OTTO R FROM THE P$Y$H$LOGI$AL $ERVI$E$ DEPARTMENT... I $UNT'AM KITE 2 OTTO AND M$$ANN N-TER-$EPTED IT WHEN IT WA$N'T ADDRE$$ TO'AM, AGAIN THI$ I$ THE $AME B-HAVI'AH THAT GET MY GREIVAN$E REJE$TED, 2 I EXPLAINED 2 M$$ANN THAT ALL I NEED I$ MY GOD AND KING BILBO, AND THERE R PEOPLE HERE THAT NEED$ A$$$$TAN$E 4-REAL AND IT NOT GIVEN 2 THEM, I TOLD'AM 2 DI$$ONTINUE $OMING DOWN HERE AND $HE $ONTINUE$ 2 DO $O, $ND'AM "WELL I TRIED AND HE REF$$E 2 $EE ME A$T." (18.) $PD-M$E, I$ AFTAH YOUR $A$E MANA$I'AM ON THE $HAIN OF $OMMAND AND HE$ WIFE WA$ MY $A$E MANA$I'AH B-4 THEY $WIT$HED IT 2 E. H$T-NE$$, ANY HOW HE REFU$ED 2 HOLD HE$ WIFE A$$OUNTABLE 4 NOT DOING ANYTHING I A$KED HER 2 DO. (19.) M$F-$TW, B$U$ THI$ I$ THE $$O BI$NE$$ THAT M-PLOYEE$ ALL $AID D-FENDANT$. (20.) $HAPLAIN PAUL, 4 NOT PROVIDING ME WITH THE DO$UMENT$ THE 1$T TIME $O I $AN GET ON'AM $HOL$ON DEFT. (21.) $HAPLAIN $$OTT $$OTT, 4 REFU$E'MY DEFT B$U$ I $IGNED N KINGPAMP WHI$H I$ $/$.T.M.-$.M., ©, PATENT PROTE$TION & ALL OTH'AH YORIN$ THAT IVE MI$$ED... 2$TKENTURY-UNTIL THE END OF TIME A$ $AID BY PROPHET 2PA$ AMAR -U $HAKUR, HUMAN EXI$TEN$E... N-$LUDING BUT I$N'T LIMITED 2 THE FOLO-WIN: 1. MI$RO-BA$TERIAL-FUN$AL & VERAL ORGANI$MM? 2. ARTIFE$IAL N -TELLI$EN$E? 3. ALL OTH'AH YORIN$ NOT $OVERED N 1 & 2 N-$LUDING ALL NEW LIFE YORIN$? DO$T'AH. AR$HBI$HOP KING$AMP SHORTYMA$KNIFE$ENT, DO$T'AH OF DEVINITY, $OLE FOUNDER, AR$HBI$HOP OF BOTH: 1. $HOL$ON'AM A$'AH RELIGIOU$-1. NATIONALETY? 2. HERITAGE? 3. ETHNI$ITY? 4. IDE$LO -GY? 5. VERNA$UL'AH? 6. GENDAH? 7. RA$E? 8. $EXUAL ORIENTATION? 9. WAY OF LIFE? & 10. P$Y$HOTHERAPY? AND 2. THE INTERNATIONAL ALFRED BILBO G -HOL$ON $HUR$H OF MINI$TRIE$, IN$ORPORATED. WHERE YOU $AN LEARN THE "TRUE GAME" THAT'LL LA$T YOU 4 $ENTURIE$, BUT IT$ $OMPLI$ATED! "I AM!" THE NEW WORD ORD'AH - $O JOIN MY $AMPAIGN? 2

N DEREF VIOLATION OF MY RELIGIOUS CAPACITY 2 TH'AH 10TH POW'AH! (22.) QUEST WAS'AH CAPTAIN HERE B-4 HE RELOCATED 2 LINO LAKES HOWEV'AH HE WAS M-PLOYED HERE WHEN HE DID WHAT HE DID, WHAT? HE TRIED 2 FORCE ME N 2 NOT EXPRESS MY RELIGIOUS BELIEFS. (23.) VEST'AH WANDA -ENA, WAS THE A.W.A. OF THE AMERICANS WITH DISABILITIES @ THE TIME HE REFUSED 2 GET'AH SHOW'AH CHAIR 4 ME B4UZ I EXPRESSED MY RELIGIOUS BELIEFS, AND THE CHAIR BROKE ON ME IN THE SHOW'AH AND N-JURED MYSELF AND HE HAS 2 B HELD ACCOUNTABLE 4 VIOLATING MY FEDERAL RIGHTS AS'AH PERSON WITH DISABILITIES (24.) MARESA WILLIAM, THE AWA HAS N-TERFERED WITH MY ACCESS @ 2 THE COURTS ON SEVERAL TIMES WHEN I'VE SENT 2 THE COURTS N VIOLATION OF MY RIGHTS... RELIGIOUSLY! (25.) WENBERG IS'AH SGT. AND HE HAS ON MULTIPLE OCCASIONS RELIGIOUSLY. (26.) STENSETH, HAS REFUSED 2 REPLY 2 MY COMPLAINTS ABOUT SPD-MOE NOT DOING ANYTHING ABOUT dORey ANDERSON-MOE. (27.) JORDAN ZEMPEL, IS'AH N-DIVIDUAL THAT HE SHOULDN'T WORK AROUND ANIMALS AND 2 HE HAS VIOLATED MY CAPACITY ON SEVERAL TIMES THAT'S WHY I REQUEST -ED THE VIDEOS'. (28.) SUSAN NORTON, SHE HAS DONE THE SAME EXACT THING THAT JOHN LANDRETTE WITH THE WHOLE "DON'T PROMULGATE YOUR RELIGION. I'VE N-CLUDED THE FACTS PER PERSON FROM 1227 4 TU' 28 ALREADY.

RELIEF REQUESTED:

WHERE4, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOW -N RELIEF:

A. ISSUE'AH DECLATORY JUDGEMENT STATING THAT:
1. THE BEHAVI'AH OF ALL SAID D-FENDANTS 4 THRU' 28 DID VIOLATE PLAINTIFF'S CONSTITUTIONAL RIGHTS, AND ALL B-4-HAND MENTIONED CONDUCT IS'TAH CEASE IMMEDIATELY.
2. ALL PLAINTIFF DOCUMENTATION MINNESOTA CORRECTIONAL FACILI -TY WIDE IS 2 B SWITCHED OV'AH 2 HIS LEGAL NAME IMMEDIAT -ELY UPON GETTING THIS COURT ORD'AHED DIRECTIVE, AND ANYTH -NG OTH'AH THAN THAT WILL B SEEN AS'AH UTT'AH DISPLAY OF CONTEMPT 2WARDS THE COURTS.
3. PLAINTIFF SHALL B GIVEN HIS STATE ISSUED SHOES SO THAT HE CAN WEAR HIS ANKLE FOOT ORTHODIC: A.F.O.

4. Plaintiff is 2 B immediately placed on administrative segregation with'ah priority (next n line) mandate.
5. Plaintiff whole discipline record from $ domenic n-2 the MCF-DOC is 2 B vacated and removed from his record.
6. Plaintiff will be given and placed on his property of books: 1. ~~Tho~~ The Sweet Science of Sin, 4th edition, by Alfred "Bilbo" Gholson. 2. The Pimp's Rap. By Master Pimp. 3. The Dao De Jing and Not the Tao Te Ching. 4. The Best Dictionary that they have 4 sale... ranging up 2 $100.00 plus. 7. Plaintiff is 2 B given the follow-n items off canteen Charlie: 1. Brand new RCA T.V. with remote and batteries as needed. 2. Two pairs of the largest headphones 4 sale... 3. Two of the best earbuds. 4. The clipp'ahs? 5. The larg'ah of the shav'ah. 6. Two cable extention cords. 7. Two cable cord connect'ahs. 8. Plaintiff is 2 B given copies of the shoe ord'ahenc catalog, so that he can select two pairs of shoes regardless cost. 9. Plaintiff is 2 B given 2 2x sweat pants. 10. Plaintiff is 2 B given 2 2x sweat shirts. 11. Plaintiff is 2 B given 6 medium sized box'ahs. 12. Plaintiff is 2 B given 6 2x T-shirts. 13. Plaintiff is 2 B given 6 pairs of crew (ankle) socks. 14. Plaintiff is 2 B given canteen raz'ah as needed. 15. Plaintiff is 2 B given palm'ahs coco butt'ah lotion as needed. 16. Plaintiff is 2 B given'ah C/©, ®, T.M.-$M., ©, patent protection & all oth'ah forms that I've miss-ed... 21st century-until the end of time as said by prophet 2pac Amaru Shakur, human existence... ncluding but is'nt limited 2 the follow-n: 1. Micro-bacterial- funcal & viral organisms? 2. artefitial N-telligence? 3. all oth'ah forms not covered n 1 & 2 ncluding all non life forms? doct'ah. Archbishop Kingpimp Shortymackniffesent, doct'ah of divinity. Sole founding Archbishop of both: 1. Gholsonism as'ah religion: 1. nationality? 2. heritage? 3. ethnicity? 4. ideology? 5. vernacul'ah? 6. gend'ah? 7. race? 8. sexual orientation? 9. way of life? & 10. psychotherapy? And 2. The International Alfred Bilbo Gholson Church of ~~~~ Ministries, Incorporated. Where you can learn the "true game" that'll last you 4 centurees, but it's complicated! Get alla govern$ MCF-$tw lawsuit and action ●━━● 2 wet!

⑧

WITH HIS LEGAL NAME AFFIXED 2 IT. ⑰ PLAINTIFF IS 2 B GIVEN'AH FAN. ⑱ PLAINTIFF IS 2 B GIVEN'AH WATCH. ⑲ PLAINTIFF IS 2 B GIVEN'AH HOT POT. ⑳ PLAINTIFF IS 2 B GIVEN'AH CACULATAH. ㉑ PLAINTIFF IS 2 B GIVEN THE MAX ON LIGHT BULBS. ㉒ PLAINTIFF IS 2 B GIVEN'AH ~~LA~~ THE BEST PAIR OF SANDLES 2 PAIR. ㉓ PLAINTIFF IS 2 B GIVEN'AH LARGE TABLET ~~UNLOCKED~~ WITH 2 PAIRS OF HEAD PHONES. ㉔ PLAINTIFF IS 2 B GIVEN 2 PAIRS OF GLASSES SAME PRESCRIPTION N VISION THUS I WANT THE DARKEST POSSEBLE TENT ON MY GLASSES FROM H.C.M.C. ㉕ PLAINTIFF IS 2 B GIVEN 2 BLACK SOFT CASES 4 HIS GLASSES. ㉖ PLAINTIFF IS 2 B GIVEN 2 BOTTLES OF THE MOST EXPENSIVE GLASS CLEAN'AH FROM H.C.M.C. ㉗ PLAINTIFF IS 2 B GIVEN 2 OF THE SPECIAL MATERIAL 4 CLEANING GLASSES ALL FROM H.C.M.C ON THE 4TH FLOOR. ㉘ PLAINTIFF IS 2 B GIVEN 2 GLASSES STRINGS 2 PREVENT GLASSES FROM FALLING OFF PLAINTIFF FACE. ㉙ PLAINTIFF IS 2 B GIVEN'AH SMALL BOWL ㉚ PLAINTIFF IS 2 B GIVEN'AH LARGE BOWL. ㉛ PLAINTIFF IS 2 B GIVEN'AH PROJECT BOX. ㉜ PLAINTIFF IS 2 B GIVEN'AH SMALL ALARM CLOCK. ㉝ PLAINTIFF IS 2 B GIVEN'AH LARGE RADIO CLOCK THAT HAS 2 B PLUGGED N 2 THE SOCK. ㉞ PLAINTIFF IS 2 B GIVEN ORD'AHS 4 HANG'AHS AND OR 12 N TOTAL. ㉟ PLAINTIFF IS 2 B GIVEN 2 LAUNDRY BAGS. ㊱ PLAINTIFF IS 2 B GIVEN'AH WALKMAN ~~DIGITAL~~ DIGITAL (MOST X-PENSIVE 1) ㊲ PLAINTIFF IS 2 B GIVEN 2 ROBES. ••• ㊳ PLAINTIFF WILL B ALLOWED 2 ORD'AH $60.00'AH WEEK NSTEAD OF THE $30.00 MAXIMUM ON ADMINESTRATION. ㊴ PLAINTIFF WILL B GIVEN AN OPP'AHTUNETY 2 PURCHASE 2 FEDORA 4" CROWN @ $80.00 2 $250.00 EACH ㊵ PLAINTIFF WILL B GIVEN THE OPP'AHTUNETY 2 PURCHASE 2 ANKH RINGS AND'AH CHAIN-SINCE HE PROMULGATES THAT HES LEGALLY MARRIED 2 HIS RELIGION. ㊶ PLAINTIFF WILL B AFFORDED THE OPPORTUNITY 2 PURCHASE 2 RELIGIOUS GRANDMAST'AH YIPMAN ROBES... N BLACK ㊷ PLAINTIFF WILL B GIVEN AS NEEDED OLAY BODY WASH 4 WOMEN: THAT HE PURCHASED @ ALDIES ON LOWRY AND PENN AV'AH NORTH ㊸ PLAINTIFF WILL B ALLOWED 2 HAVE HIS RELIGIOUS SHOES SAME AS GRANDMAST'AH YIPMAN (IP MAN) WORE N THE IP MAN ~~BOOKS~~ MOVIES. ㊹ PLAINTIFF WILL B ALLOWED

← UNLOCKED

2 SEE AND VIEW THE JIMMY CHOO PERFUME SELECTION SO THAT HE CAN B AHFORDED THE CORRECT 1 VIA HIS RELIGIOUS BELIEF... 4 WOMAN VIA PERFUME. (45) THE COURTS SET FORTH THAT PLAINTIFF BELIEFS R BONA FIDE AND R AHFORDED U.S. CONST. AMEND. 1 PROTECTION. (46) JPAY WELL UPLOAD ON PLAINTIFF JPAY AKKOUNT GRANDMAST'AH YIPMAN PERFORM-N * THE SMALL IDEA. * BRIDG-N THE GAP. * THRUSTING FING'AHS. & * THE WOODEN DUMMY/ MAN — THE 1st 4 YORMS of WING CHUN-TSUN : GRANDMAST'AH YIPMAN (IP MAN) STYLE WING CHUN SOLO. NOTA BENE (PLEASE NOTE) PLAINTIFF ASSERTS THAT GRANDMAST'AH YIPMAN IS PERFORM-N THESE YORMS AS 'AH CAN'AH PATIENT AND DIE-N FROM THIS ILLNESS, 2 N-CLUDE THAT GRANDMAST'AH YIPMAN'S FIST IS AS N-PORTANT AS 'AH GHULSON, AS: 1. THE PIMP GOD. 2. ALFRED "KING BOLBO" GHULSON. 3. THE GHULSONS CHURCH. 4. THE SWEET SCIENCE OF SIN. 5. THE PIMPS RAP. AND 6. LIFE ITSELF. PLAINTIFF PROMULGATE THAT NOT ONLY 'AH GAIST HIS RELIGION 2 DO ANYTHING STUPID, HAVEV'AH, PLAINTIFF ASSERTS THAT HE DON'T EV'AH COME N CONTACT WITH NO BODY... AND 2 D-NY ME THIS IS NO DEFFERENT THEN D-NY-N ME MY FREEDOM 2 PRACTICE MY RELIGION AS AHFORDED BY THE FEDERAL CONSTITUTION. PLAINTIFF ASSERTS THAT ON DOCUMENT NUMB'AH: 65 IT STATES AFT'AH: FILED BY ARCHBISHOP KINGPIMP SHORTYMACKN=FISENT. NO SUMMONS REQUESTED. I DON'T UND'AHSTAND: I MEAN AM I SUPPOSED © ®, T.M., S.M. Ⓤ, PATENT PROTECTION & ALL OTH'AH YORMS THAT I'VE MISSED... 28th CENTURY — UNTIL THE END OF TIME AS SAID BY PROPHET 2PAC AMARU SHAKUR, HUMAN EXISTENCE... N-CLUDING BUT I'N'T LIMITED 2 THE FOLLO WINGS: 1. MICRO-BACTERIAL FUNGAL & VIRAL ORGANISMS? 2. ARTIFICIAL N-TELLIGENCE? 3. ALL OTH'AH YORMS NOT COVERED N 1 & 2 N-CLUDING ALL NON LIFE YORMS? DOCT'AH. ARCHBISHOP KINGPIMP SHORTYMACKN=FISENT, DOCT'AH OF DIVINITY SOLE FOUNDING ARCHBISHOP OF BOTH: 1. GHULSONISM AS 'AH RELIGIOUS — 1. NATIONALITY? 2. HERITAGE? 3. ETHNICITY? 4. IDEOLOGY? 5. VERNACUL'AH? 6. CAN'AH? 7. RACE? 8. SEXUAL ORIENTATION? 9. WAY OF LIFE? & 10. PSYCHOTHERAPY? AND 2. THE INTERNATIONAL ALFRED BOLBO GHULSON CHURCH OF MINISTREES, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LAST YOU 4 CENTURIES, BUT IT'S COMPLICATED! ⓒ ET ALIA GOVERNS MY M.F. STU LAWSUIT/ACTION N IT'S N-TIRE'AHTY 2 WIT!

2 REQUESTIN' SUMMONS PER ACTION/LAWSUIT? B/CUZ IF SO THEN I'M REQUESTIN' 1? I JU$T FIGUAH'ED THAT B/CUZ OF MY PREV-FRB ACTION THAT ALL MY IN-FORMATION IS ALREADY N THE SYSTEM HOW-EV'AH, IF BY CHANCE I NEED 2 SUBMIT AH SUMMONS THEN CAN YOU "PLEASE!" SEND ME COPIES OF THIS COMPLAINT AND I'LL HAND WRITE THE WHOLE ACTION OV'AH AHGAIN? (47) PLAINTIFF IS 2 HAVE AH APPOINTMENT SCHEDULED 2 C THE DERMATOLOGIST 4 HIS SKIN AS SOON AS HUMANLY POSSIBLE.

PARTIES CAPACITY N AND BY THEIR NUMB'AH CIRCLED:
(4) = OFFICIAL CAPACITY. (5) = PERSONAL CAPACITY. (6) = PERSONAL CAPA-CITY. (7) = OFFICIAL AND PERSONAL CAPACITY. (8) = PERSONAL CAPACITY. (9) N-DIV-IDUAL CAPACITY. (10) N-DIVEDUAL CAPACITY. (11) N-DIVEDUAL CAPACITY. (12) N-DIVEDUAL CAPACITY. B. (13) N-DIVEDUAL CAPACITY. (14) N-DIVEDUAL CA-PACITY. (15) N-DIVEDUAL CAPACITY. (16) N-DIVEDUAL CAPACITY (17) N-DIVED-UAL CAPACITY. (18) N-DIVEDUAL CAPACITY. (19) OFFICIAL CAPACITY. (20) N-DIVEDUAL CAPACITY. (21) OFFICIAL AND N-DIVEDUAL CAPACITY. (22) OFFICIAL AND N-DIVEDUAL CAPACITY. (23) OFFICIAL AND N-DIVED-UAL CAPACITY. (24) N-DIVEDUAL CAPACITY. (25) N-DIVEDUAL AND OFFICIAL CAPACITY. (26) N-DIVEDUAL CAPACITY. (27) OFFICIAL AND N-DIVEDUAL

B. AWARD COMPEN$ATORY DAMAGES N THE FOLLOW-N AMOUNTS:
1. DEFENDANTS 4 THRU 27, 500 MILLION JOINTLY AND SEVERALLY.
C. AWARD PUNITIVE DAMAGES N THE FOLLOW-N AMOUNTS:
1. DEFENDANTS 4 THRU 27 1 BILLION JOINTLY AND SEVERALLY.
D. GRANT SUCH OTH'AH RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS N-TITLED.
2 THOUSAND TWENTY 2 OCTOB'AH 8TH
DOCT'AH. ARCHBISHOP KINGPIN SHORTYMACKNIFISENT, DOCT'AH OF DIVINITY,
970 PICKETT STREET NORTH BAYPORT, MINNESOTA. 55003-1490

ALTERNATE VERSION OF DAMAGE DEMAND:
E. AWARD COMPEN$ATORY DAMAGES JOINTLY AND SEVERALLY AGAINST DEFENDANTS 4 THRU 27 4 VIOLATING MY FEDERAL

MY CON$TITUTIONAL RIGHT$ CAU$E-N ME MENTAL, EMOTIONAL AND PHY$ICAL N-JURY

E. AWARD PUNITIVE DAMAGE$ AGAIN$T ALL B-4-HAND MENTIONED D-FENDANT$.

* PLAINTIFF AGAIN DEMAND/REQUE$T THE COURT 2 HAVE ALL $AID FUND$ N THI$ ACTION/$UIT PLACED ON HI$ CA$HAPP ACCOUNT: ONKINGBILBO 2 YOR HI$ LEGAL NAME 2 B GOVERNED BY M.F-DOC.

* PLAINTIFF I$ B2B B GIVEN ALL CATALOG VIA CANTEEN *

NOTA BENE: IF BY CHANCE PLAINTIFF HA$ FALLEN $HORT ON HI$ PREVIOU$ ACTION$ WHERE A$ THO PLAINTIFF HA$N'T BEEN AHFORDED NO DOUGH... PLAINTIFF I$ REQUE$T-N BY WAY OF AH RE$PECTFUL DEMAND 2 HAVE $10$ MILLION 2 B PLACED ON HI$ PRI$ON ACCOUNT WITH THE FOLLOW-N $TIPU-LATION$: ① THE MINNE$OTA DEPARTMENT OF CORRECTION$ NOR ANY OTH'AH COMPARTMENTALIZED JUDICAL GOVERNMENTAL $Y$TEM CAN NOT UND'AH NO $ ($) CIRCUM$TANCE$ R AHLLOWED 2 TOUCH MY BREAD... CUMING N-2 THE A$Y-LUM/FACILITY, AND OR COMING OUT OF THE A$YLUM/FACIL-ITY. ② AND UPON PLAINTIFF LEAVING THI$ A$YLUM/FACILITY ALL $AID FUND$ R 2 B PLACED ON HI$/MY CA$HAPP AMON -T PRI'AH 2 D-PART-N! DR. KINGBIMP, D.D./ OCTOB'AH 8TH 2022

F. F DEFEN I$$UE AN N-JUNCTION ORD'AHING D-FENDANT MCF-$TW ©,℗, T.M-$.M., ®, PATENT PROTECTION & ALL OTH'AH YORN$ THAT I'VE MI$$-ED... 21$T CENTURY-UNTIL THE END OF TIME A$ $AID BY PROPHET 2PAC AMARU SHAKUR, HUMAN EXI$TENCE... N-CLUDING BUT I$N'T LIMITED 2 THE FILL-OWN: 1. MICRO-BACTERIAL-FUNGAL & VIRAL ORGANI$M$? 2. ARTIFICIAL N-TELLIGENCE? 3. ALL OTH'AH YORN$ THAT NOT COVIAHED N 1 & 2 N-CLUDING ALL NON-LIFE YORN$? DOCT'AH. ARCHBI$HOP KINGBIMP $HORTY MACKNIFI$ENT, D'T'AH OF DIVINITY. $OLE FOUNDING ARCHBI$HOP OF BOTH: 1. CHI$ON$I$M AH'AH RELIGIOU$ - 1. NATIONALITY? 2. HERITAGE? 3. ETHNICITY? 4. IDEO-LOGY? 5. VERNACUL'AH? 6. GEND'AH? 7. RACE? 8. $EXUAL ORIENTATION? 9. WAY OF LIFE? & 10. P$YCH-THERAPY? AND 2. THE INTERNATIONAL ALFRED BILBO GHOL$ON CHURCH OF MINI$TREE$, INCORPORATED. WHERE YOU CAN LEAR-N THE "TRUE GAME" THAT'LL LA$T YOU 4 CENTURIE$, BUT IT$ COM-PLICATED. ③ ET ALIA GOVERN$ M.F-$TW LAW$UIT/ACTION 2 WIT!

2 $TART PLAINTIFF ON'AH GHOL$ON DIET IMMEDIATELY!

DOCT'AH. ARCHBISHOP KINGPEAP SHORT MACKNEE$ENT, DOCT'AH OF DIV-INITY. $OLE FOUNDING ARCHBI$HOP OF BOTH: 1. GHOL$ONI$M A$'AH RELIGIOU$ - 1. NATIONALITY? 2. HERITAGE? 3. ETHNICITY? 4. IDEOLOGY? 5. VERNACUL'AH? 6. GEND'AH? 7. RACE? 8. $EXUAL ORIENTATION? 9. WAY OF LIFE? & 10. P$YCHOTHERAPY? AND 2. THE INTERNATIONAL ALFRED BALBO GHOL$ON CHURCH OF MINI$TRIE$, INCORPORATED. WHERE YOU CAN LEARN THE "TRUE GAME" THAT'LL LA$T YOU 4 CENTURIE$, BUT IT$ COMPLICATED! 2 THOU$AND TWENTY 2 OCTOB'AH 9TH

MY $IGNATUH